IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cv 96

| | |
|---|---|
| BRIAN HOGAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| CHEROKEE COUNTY, et al., | ) |
| Defendants. | ) |

Before the Court is the Consent Motion to Seal Exhibits [# 4] filed by Defendants. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would reveal child protective records, names of minor children, and other identifying information.

Therefore, the Court **GRANTS** the motion [# 4]. Exhibits A-D attached to Plaintiffs' Complaint are hereby **SEALED**.

Counsel who filed the motion [# 4] did not comply with LCvR 7.1(c), which requires a contemporaneously and separately filed brief. The Court **DIRECTS** counsel for all parties to familiarize themselves with the Local Rules Governing Civil Cases for the Western District of North Carolina. Future motions that do not comply with the Local Rules will be dismissed.

Signed: April 17, 2018

Dennis L. Howell
United States Magistrate Judge