UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-96 MR- DLH

| | |
|---|---|
| BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both her own behalf and as representative of all unnamed class members who are similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, et al.,<br><br>           Defendants. | **NOTICE OF PARTIAL MOTION TO DISMISS BY CHEROKEE COUNTY, CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES, SCOTT LINDSAY IN HIS OFFICIAL CAPACITY, AND CINDY PALMER IN HER OFFICIAL CAPACITY** |

PLEASE TAKE NOTICE THAT Defendants Cherokee County, Cherokee County Department of Social Services, Scott Lindsay in his official capacity, and Cindy Palmer in her official capacity, hereby move for partial dismissal of the

Complaint herein for lack of personal jurisdiction under Federal Rule of Civil Procedure 12 (b)(2), and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based upon the Court file, the records in this action, the accompanying brief in support of this Motion, the declaration of Candy Anderson and upon such additional evidence which may be presented at or before any hearing which may be set by the Court.

Respectfully submitted, this the 18th day of April, 2018.

s/Sean F. Perrin
Sean F. Perrin
Sean.perrin@wbd-us.com
N.C. State Bar No. 22253
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina  28202
Telephone:   (704) 331-4992
Facsimile:   (704) 338-7814
*Attorney for Defendants Cherokee County, Cherokee County Department of Social Services, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*

# CERTIFICATE OF SERVICE

This is to certify that on April 18, 2018, the undersigned filed the foregoing in the above-captioned via the CM/ECF system which will send notification as follows:

David A. Wijewickrama
Davidwije17@yahoo.com
N.C. State Bar No.: 30694
Law Office of David A. Wijewickrama, PLLC
95 Depot Street
Waynesville, NC 28786
Telephone: 828-452-5801
Facsimile: 828-454-1990
*Attorney for Plaintiff Hogan and Class Parents*

D. Brandon Christian
Brandon.christian@gmail.com
N.C. State Bar No.: 39579
2962 Brookcrossing Drive
Fayetteville, NC 28306
Telephone: 910-750-2265
*Attorney for Plaintiff H.H. and Class Minors*

Melissa Jackson
melissajacksonlaw@gmail.com
N.C. State Bar No.34013
95 Depot Street
Waynesville, NC 28786
Telephone: 828-452-5801
*Attorney for Plaintiff Hogan and Class Parents*

Patrick Flanagan
phf@cshlaw.com
N.C. State Bar. No. 17407
Cranfill Sumner & Hartzog LLP
2907 Providence Road, Suite 200
Charlotte, NC 28211
Telephone: 704-940-3419
Facsimile: 704-831-5522
*Attorney for Scott Lindsay in his individual capacity*

Mindy C. Wudarsky
mwudarsky@teaguecampbell.com
N.C. State Bar. No. 43784
Teague Campbell Dennis & Gorham
22 South Pack Square, Ste. 800
Asheville, NC 28801
Telephone: 828-254-4515
*Attorney for Cindy Palmer in her individual capacity*

This is to certify that on April 18, 2018, the undersigned mailed the foregoing via United States mail to:

Ron Moore
N.C. State Bar No.: 9619
Post Office Box 18402
Asheville, NC 28814
Telephone: 828-777-1812
Facsimile: 828-253-2717
*Attorneys for Plaintiff H.H. and Class Minors*

                                                                    s/Sean F. Perrin