THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00096-MR

| | |
|---|---|
| BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both on her own behalf and as representative of all unnamed class members who are similarly situated, ) ) ) ) ) ) ) )<br><br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY, both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, both in his/her individual capacity and his/her official capacity as an employee of Cherokee County Department of Social Services; and DSS SOCIAL WORKER DOE #1, both in his/her individual capacity and his/her official capacity as an employee of Cherokee County Department of Social Services, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Order to Show Cause Regarding Failure to Effect Service on the Doe Defendants and Plaintiffs' Consent Motion for Extension of Time to Serve Defendants with Process [Doc. 25].

For the reasons stated in the Plaintiff's Response, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall have thirty (30) days from the entry of this Order within which to seek leave to file an Amended Complaint identifying the Doe Defendants. If such motion is allowed, the Plaintiff shall have thirty (30) days thereafter to effectuate service upon these newly named Defendants.

**IT IS FURTHER ORDERED** that the Show Cause Order [Doc. 24] is **DISCHARGED.**

**IT IS SO ORDERED.**

Signed: April 24, 2019

Martin Reidinger
United States District Judge