UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-96 MR- DLH

| | |
|---|---|
| BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both her own behalf and as representative of all unnamed class members who are similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, et al.,<br><br>    Defendants. | **NOTICE OF DESIGNATION OF MEDIATOR** |

  Pursuant to this Court's December 10, 2019 Pretrial Case Management Plan [Document 35], the Parties have selected Anderson Cromer as a mediator in this case.

  This the 30th day of December, 2019.

s/David A. Wijewickrama
David A. Wijewickrama
Davidwije17@yahoo.com
Law Office of David A. Wijewickrama, PLLC
95 Depot Street
Waynesville, NC  28786
Telephone:  828-452-5801
Facsimile:  828-454-1990
*Attorney for Plaintiff Hogan and Class Parents*

s/Melissa Jackson
Melissa Jackson
melissajacksonlaw@gmail.com
95 Depot Street
Waynesville, NC  28786
Telephone:  828-452-5801
*Attorney for Plaintiff Hogan and Class Parents*

s/Patrick Flanagan
Patrick Flanagan
phf@cshlaw.com
Cranfill Sumner & Hartzog LLP
2907 Providence Road, Suite 200
Charlotte, NC  28211
Telephone:  704-940-3419
Facsimile:  704-831-5522
*Attorney for Scott Lindsay in his individual capacity*

s/D. Brandon Christian
D. Brandon Christian
Brandon.christian@gmail.com
2962 Brookcrossing Drive
Fayetteville, NC  28306
Telephone:  910-750-2265
*Attorney for Plaintiff H.H. and Class Minors*

s/John L. Kubis, Jr.
John L. Kubis, Jr.
jkubis@teaguecampbell.com
Teague Campbell Dennis & Gorham
22 South Pack Square, Ste. 800
Asheville, NC  28801
Telephone:  828-254-4515
*Attorney for Cindy Palmer in her individual capacity*

s/Sean F. Perrin
Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina  28202
Telephone:   (704) 331-4992
Facsimile:    (704) 338-7814
*Attorney for Defendants Cherokee County, Cherokee County Department of Social Services, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*