UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-96-MR-WCM

| | |
|---|---|
| BRIAN HOGAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEROKEE COUNTY, et al.,<br><br>Defendants. | **BRIEF IN SUPPORT OF MOTION FOR CONSENT PROTECTIVE ORDER** |

This case stems from the alleged removal of H.H., the daughter of Plaintiff Brian Hogan, by employees of the Cherokee County Department of Social Services ("DSS"). The Plaintiff has requested, and the Defendants will produce, records related to employee personnel matters and records related to DSS investigations. Some of these records contain information protected under N.C.G.S. §§ 7B-302, 7B-2901(a), and 153A-98, privacy of DSS records and privacy of county employee personnel files. The Parties also anticipate that confidential medical records will be produced by both sides.

Under N.C.G.S. § 7B-302 (a1) (1a), a court may order DSS to reveal confidential information concerning the reporter of abuse, neglect, and dependency. Under N.C.G.S. § 7B-2901 (a), " a complete record of all juvenile cases filed in the

clerk's office alleging abuse, neglect, or dependency…may be examined only by order of the court."

Under N.C.G.S. §153A-98 (c)(4), a court may order the release of these records. This statute states as follows:

c) All information contained in a county employee's personnel file, other than the information made public by subsection (b) of this section, is confidential and shall be open to inspection only in the following instances:

(4) By order of a court of competent jurisdiction, any person may examine such portion of an employee's personnel file as may be ordered by the court.

The Parties are prepared to release these records pursuant to a protective order issued by the Court. A proposed order has been agreed to by all parties, and is attached to this Brief.

WHEREFORE, the Parties respectfully request that this Honorable Court grant their consent motion for a protective order.

This the 31ST day of January 2020.

s/David A. Wijewickrama
David A. Wijewickrama
Davidwije17@yahoo.com
Law Office of David A. Wijewickrama, PLLC
95 Depot Street
Waynesville, NC 28786
Telephone: 828-452-5801
Facsimile: 828-454-1990
*Attorney for Plaintiff Hogan and Class Parents*

s/D. Brandon Christian
D. Brandon Christian
Brandon.christian@gmail.com
2962 Brookcrossing Drive
Fayetteville, NC 28306
Telephone: 910-750-2265
*Attorney for Plaintiff H.H. and Class Minors*

s/Melissa Jackson
Melissa Jackson
melissajacksonlaw@gmail.com
95 Depot Street
Waynesville, NC 28786
Telephone: 828-452-5801
*Attorney for Plaintiff Hogan and Class Parents*

s/John L. Kubis, Jr.
John L. Kubis, Jr.
jkubis@teaguecampbell.com
Teague Campbell Dennis & Gorham
22 South Pack Square, Ste. 800
Asheville, NC 28801
Telephone: 828-254-4515
*Attorney for Cindy Palmer in her individual capacity*

s/Patrick Flanagan
Patrick Flanagan
phf@cshlaw.com
Cranfill Sumner & Hartzog LLP
2907 Providence Road, Suite 200
Charlotte, NC 28211
Telephone: 704-940-3419
Facsimile: 704-831-5522
*Attorney for Scott Lindsay in his individual capacity*

s/Sean F. Perrin
Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina  28202
Telephone:   (704) 331-4992
Facsimile:    (704) 338-7814
*Attorney for Defendants Cherokee County, Cherokee County Department of Social Services, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*