IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:18-CV-96

| | |
|---|---|
| BRIAN HOGAN, et al,<br><br>Plaintiffs,<br>v.<br><br>CHEROKEE COUNTY, et al.,<br><br>Defendant. | **INDEX OF EXHIBITS PLAINTIFFS' OPPOSITION TO DEFENDANTS CHEROKEE COUNTY, CINDY PALMER, AND SCOTT LINDSAY IN HIS OFFICIAL CAPACITY ONLY'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Brian Hogan and Joy McIver, as guardian *ad litem* for and next friend of H.H., pursuant to L.CvR. 7.1(c), respectfully submit this Index of Exhibits to their Memorandum of Law in Opposition to Motion for Summary Judgment filed by Cherokee County, Scott Lindsay in his official capacity, and Cindy Palmer in her individual and official capacities (Docs. 56, 59).

1. Affidavit of Daniel Beerman (Authenticating Affidavit)

2. Exhibit A to Beerman Aff. – N.C. Child Welfare Manual – CPS Purpose and Philosophy, Legal Basis, and Administration

3. Exhibit B to Beerman Aff. - N.C. Child Welfare Manual – CPS Intake Policy, Protocol, and Guidance

4. Exhibit C to Beerman Aff. – N. C.Child Welfare Manual – In-Home Service Policy, Protocol, and Guidance

5. Exhibit D to Beerman Aff. - North Carolina Child Welfare Manual for CPS

Intake, CPS Assessments, In-Home, & Permanency Planning

6. Exhibit 1 – Plaintiff's Opposition to Doc. 56, 59 – Complete Cherokee county Insurance Policy for 2016-17 Fiscal Year – Certified

7. Excerpts from Deposition of Brian Hogan (Filed Provisionally under seal pending further Order of the Court)

8. Excerpts from the Deposition of Cindy Palmer (Filed Provisionally under seal pending further Order of the Court)

Respectfully submitted, this the 29th day of October, 2020.

/s/David A. Wijewickrama
David A. Wijewickrama
N.C. State Bar No.: 30694
Law Office of David A. Wijewickrama, PLLC
95 Depot Street
Waynesville, NC 28786
Phone: 828-452-5801
Fax:   828-454-1990
*Attorney for Brian Hogan*

/s/ Ronald L. Moore
Ronald L. Moore
N.C. Bar No.: 9619
P.O. Box 18402
Asheville, NC 28814
Phone: (828) 777-1812
Fax: (828) 253-2717

*Attorney for H.H.*

/s/ Melissa Jackson
Melissa Jackson
N.C. State Bar No.: 34013
95 Depot Street
Waynesville, NC 28786
Phone: 828-452-5801
*Attorney for Brian Hogan*

/s/ D. Brandon Christian
D. Brandon Christian
N.C. State Bar No.: 39579
P.O. Box 2917
Fayetteville, NC 28302
Phone :(910) 750-2265
*Attorney for H.H.*

# CERTIFICATE OF SERVICE

This is to certify that on October 29, 2020, a copy of the foregoing **INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification to all counsel having made appearances in the case as follows:

Patrick Houghton Flanagan
Cranfill, Sumner & Hartzog, L.L.P.
2907 Providence Road
Suite 200
P.O. Box 30787
Charlotte, NC 28230
704-940-3419
704-332-9994 (fax)
phf@cshlaw.com
*Attorney for Defendant Scott Lindsey
in his individual capacity*

John L. Kubis, Jr
Teague Campbell Dennis & Gorham, LLP
22 South Pack Square, Suite 800
Asheville, NC 28801
828-254-4515
828-254-4516 (fax)
jkubis@teaguecampbell.com

*Attorney for Defendant Cindy Palmer
in her individual capacity*

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 South College St., Suite 3500
Charlotte, NC 28202
704 331-4992
704 338-7814 (fax)
sean.perrin@wbd-us.com

*Attorney for Defendants Cherokee County,
Cherokee County DSS, Scott Lindsey in his
official capacity, and Cindy Palmer in her
official capacity*

/s/ D. Brandon Christian
D. Brandon Christian
N.C. Bar. No. 39579
Post Office Box 2917
Fayetteville, NC 28302
Telephone: (910) 750-2265
Email: brandon.christian@ncleag.com

*Attorneys for Plaintiff H.H. and Class Minors*