EXCERPTS FROM THE DEPOSITION OF BRIAN HOGAN

PROVISIONALLY FILED UNDER SEAL PENDING ORDER OF THE COURT