EXCERPTS FROM THE DEPOSITION OF CINDY PALMER

PROVISIONALLY FILED UNDER SEAL PENDING RULING ON MOTION TO SEAL