UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

No. 1:18-cv-96

BRIAN HOGAN, et al.

Plaintiffs,

v.

CHEROKEE COUNTY, et al.,

Defendants.

**EXHIBIT LIST FOR PLAINTIFFS' MOTION FOR SANCTIONS BASED ON SPOLIATION OF EVIDENCE AND EXPEDITED BRIEFING SCHEDULE**

NOW COME Plaintiffs, and produce this list of Exhibits that have been submitted to the Court with Plaintiff's motion for Sanctions based upon Spoliation of Evidence on February 5, 2021.

1. Declaration of David Wijewickrama

2. Affidavit of Kelly Boone

3. Exhibit A – Safety Assessment Obtained from Cherokee County Public Schools

4. Exhibit B – Activity Log produced by Scott Lindsay in discovery

5. Exhibit C – A spreadsheet detailing documents that should be in H.H.'s DSS/CPS file but were not produced to Plaintiffs.

6. Exhibit D – Correspondence to Attorney Pat Flanagan regarding this matter, sent January 29, 2021.

- 1 -

Case 1:18-cv-00096-MR-WCM   Document 88-1   Filed 02/05/21   Page 1 of 4

7. Exhibit E – Correspondence to Attorney Sean Perrin regarding this matter sent January 29, 2021,

8. Exhibit F – Email response from Attorney Perrin received February 2, 2021.

9. Exhibit G – Correspondence back to Attorney Perrin regarding his email, sent February 2, 2021.

10. Exhibit H – Email response from Attorney Perrin received February 5, 2021.

11. Exhibit I – Copy of retention schedule for Child Protective Services DSS files as promulgated by the North Carolina Department of Natural and Cultural Resources.

12. Wiggins Dep. Ex. 16 – Preservation Letter sent via email to Defendants Palmer and Cherokee County on December 21, 2017

13. Wiggins Dep. Ex. 17 – Media article regarding unprecedented shredding by Cherokee County DSS.

14. Wiggins Dep. Ex. 19 – Preservation Letter sent to Defendants Cherokee County, Palmer, and Attorney Perrin on January 4, 2018.

15. Wiggins Dep. Ex. 20 – Copy of preservation Order entered by the Honorable Tessa Sellers on March 14, 2018.

16. Shook Dep. Ex. 7 – Billing records submitted by Cherokee County regarding services provided to H.H.

This the 5th day of February, 2021.

Law Office of David A. Wijewickrama, PLLC

BY:

/s/David A. Wijewickrama
David A. Wijewickrama
N.C. State Bar No.: 30694
95 Depot Street
Waynesville, NC 28786
Phone: (828) 777-1812
Fax: (828) 253-2717
*Attorney for Brian Hogan*

/s/ Ronald L. Moore
Ronald L. Moore
N.C. Bar No.: 9619
P.O. Box 18402
Asheville, NC 28814
Phone: 828-452-5801
Fax:   828-454-1990
*Attorney for H.H.*

/s/ Melissa Jackson
Melissa Jackson
N.C. State Bar No.: 34013
95 Depot Street
Waynesville, NC 28786
Phone: 828-452-5801
*Attorney for Brian Hogan*

/s/ D. Brandon Christian
D. Brandon Christian
N.C. State Bar No.: 39579
3344 Presson Rod
Monroe, NC 28112
Phone :(910) 750-2265
*Attorney for H.H.*

## CERTIFICATE OF SERVICE

This is to certify that on February 5, 2021, a copy of the foregoing **EXHIBIT LIST FOR PLAINTIFFS' MOTION FOR SANCTIONS BASED ON SPOLIATION OF EVIDENCE AND EXPEDITED BRIEFING SCHEDULE** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification to all counsel having made appearances in the case as follows:

Virginia Wooten
Patrick Houghton Flanagan
Cranfill, Sumner & Hartzog, L.L.P.
2907 Providence Road
Suite 200
P.O. Box 30787
Charlotte, NC 28230
704-940-3419
704-332-9994 (fax)
phf@cshlaw.com
*Attorney for Defendant Scott Lindsey*
*in his individual capacity*

John L. Kubis, Jr
Teague Campbell Dennis & Gorham, LLP
22 South Pack Square, Suite 800
Asheville, NC 28801
828-254-4515
828-254-4516 (fax)
jkubis@teaguecampbell.com

*Attorney for Defendant Cindy Palmer*
*in her individual capacity*

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 South College St., Suite 3500
Charlotte, NC 28202
704 331-4992
704 338-7814 (fax)
sean.perrin@wbd-us.com

*Attorney for Defendants Cherokee County,*
*Cherokee County DSS, Scott Lindsey in his*
*official capacity, and Cindy Palmer in her*
*official capacity*

 

/s/ D. Brandon Christian
D. Brandon Christian
N.C. Bar. No. 39579
3344 Presson Road
Monroe, NC 28112
Telephone: (910) 750-2265
Email: brandon.christian@ncleag.com

*Attorneys for Plaintiff H.H.*