## NORTH CAROLINA
## SAFETY ASSESSMENT

Case Name: Hogan

County Name: Child??

Social Worker Name: Hannah Johnson

Children: Warren & Brian

Caregivers:

Case #: _____ Date: 5·12·16

Date Report Received: _____

### SECTION 1: SAFETY ASSESSMENT

**Part A.  Safety Factor Identification**

Directions:  The following is a list of factors that may be associated with a child(ren) being in immediate danger of serious harm.  Identify the presence or absence of each by circling either "yes" or "no", if factor applies to any child in the household or to a child to be returned to the household.  Note:  **The vulnerability of each child needs to be considered throughout the assessment.  Younger children and children with diminished mental or physical capacity or repeated victimization should be considered more vulnerable.  Complete based on most vulnerable child for each factor.**

1.  Yes  **No**  Caregiver's current behavior is violent or out of control.  *(Some examples of this may include the following.)*

   - ☐ Extreme physical or verbal, angry or hostile outbursts at child.
   - ☐ Use of brutal or bizarre punishment (e.g., scalding with hot water, burning with cigarettes, forced feeding).
   - ☐ Domestic violence likely to have a negative impact on the child.
   - ☐ Use of guns, knives, or other instruments in a violent way.
   - ☐ Shakes or chokes baby or young child to stop a particular behavior.
   - ☐ Behavior that seems out of touch with reality, fanatical, or bizarre.
   - ☐ Behavior that seems to indicate a serious lack of self-control (e.g., reckless, unstable, raving, explosive).

2.  Yes  **No**  Caregiver describes or acts toward child in predominantly negative terms or has extremely unrealistic expectations.  *(Some examples of this may include the following.)*

   - ☐ Describes child as evil, stupid, ugly, or in some other demeaning or degrading manner.
   - ☐ Curses and/or repeatedly puts child down.
   - ☐ Scapegoats a particular child in the family.
   - ☐ Expects a child to perform or act in a way that is impossible or improbable for the child's age (e.g., babies and young children expected to be toilet trained or eat neatly, expected to care for younger siblings, expected to stay alone).
   - ☐ Child is seen by either parent as responsible for the parent's problem.
   - ☐ Uses sexualized language to describe child or in name calling (e.g., whore, slut, etc.).

3.  Yes  **No**  Caregiver caused serious physical harm to the child or has made a plausible threat to cause serious physical harm.  *(Some examples of this may include the following.)*

   - ☐ Caregiver caused serious non-accidental abuse or injury (e.g., fractures, poisoning, suffocating, shooting, burns, severe bruises, welts, bite marks, choke marks, etc.).
   - ☐ An action, inaction, or threat which would result in serious harm (e.g., kill, starve, lock out of home, etc.).
   - ☐ Plans to retaliate against child for CPS assessment.
   - ☐ Caregiver has used torture or physical force which bears no resemblance to reasonable discipline, or punished child beyond the child's endurance.
   - ☐ One or both parents fear they will maltreat child and/or request placement.

DSS-5231 Revised 5/05
Family Support and Child Welfare Services

4.   Yes / No    The family refuses access to the child, there is reason to believe that the family is about to flee, and/or the child's whereabouts cannot be ascertained.  *(Some examples of this may include the following.)*

- ☐ Family has previously fled in response to a CPS assessment.
- ☐ Family has removed child from a hospital against medical advice.
- ☐ Family has history of keeping child at home, away from peers, school, or other outsiders for extended periods.

5.   Yes / No    Caregiver has not, or will not, provide supervision necessary to protect child from potentially serious harm.  *(Some examples of this may include the following.)*

- ☐ Caregiver does not attend to child to such an extent that the need for care goes unnoticed or unmet (e.g., although caregiver is present, child wanders outdoors alone, plays with dangerous objects, plays on unprotected window ledge, has unsupervised access to uncovered pools, etc. or is exposed to other serious hazards).
- ☐ Caregiver leaves child alone (time period varies with age and developmental stage).
- ☐ Caregiver makes inadequate and/or inappropriate babysitting or child care arrangements or demonstrates very poor planning for child's care.
- ☐ Parent's whereabouts are unknown.

6.   Yes / No    Caregiver is unwilling, or is unable, to meet the child's immediate needs for food, clothing, shelter, and/or medical or mental health care.  *(Some examples of this may include the following.)*

- ☐ No food provided or available to child, or child starved or deprived of food or drink for prolonged periods.
- ☐ Child without minimally warm clothing in cold months.
- ☐ No housing or emergency shelter; child must or is forced to sleep in the street, car, etc.; housing is unsafe, without heat, etc.
- ☐ Caregiver does not seek treatment for child's immediate and dangerous medical condition(s) or does not follow prescribed treatment for such condition(s).
- ☐ Child appears malnourished.
- ☐ Child has exceptional needs which parent cannot/will not meet.
- ☐ Child is suicidal and parent will not take protective action.
- ☐ Child shows effects of maltreatment, such as serious emotional symptoms and lack of behavior control or serious physical symptoms.

7.   Yes / No    Caregiver has previously maltreated a child and the severity of the maltreatment, or the caregiver's response to the previous incident(s), suggests that child safety may be an immediate concern.  *(Some examples of this may include the following.)*

- ☐ Previous maltreatment that was serious enough to cause or could have caused severe injury or harm.
- ☐ Caregiver has retaliated or threatened retribution against child for past incidents.
- ☐ Escalating pattern of maltreatment.
- ☐ Caregiver does not acknowledge or take responsibility for prior inflicted harm to the child or explains incident(s) as justified.
- ☐ Both parents cannot/do not explain injuries and/ or conditions.

8.   Yes / No    Child is fearful of caregiver(s), other family members, or other people living in or having access to the home.  *(Some examples of this may include the following.)*

- ☐ Child cries, cowers, cringes, trembles, or otherwise exhibits fear in the presence of certain individuals or verbalizes such fear.

☐ Child exhibits severe anxiety (i.e., nightmares, insomnia) related to situation (s) associated with a person (s) in the home.

☐ Child has reasonable fears of retribution or retaliation from caregiver.

9. Yes/No The child's physical living conditions are hazardous and immediately threatening. *(Some examples of this may include the following.)*

☐ Leaking gas from stove or heating unit.
☐ Dangerous substances or objects stored in unlocked lower shelves or cabinets, under sink or in open.
☐ Lack of water or utilities (heat, plumbing, and electricity) and no alternate provisions made or alternate provisions are inappropriate (e.g., stove, unsafe space heaters for heat).
☐ Open/broken/missing windows.
☐ Exposed electrical wires.
☐ Excessive garbage or rotted or spoiled food which threatens health.
☐ Serious illness or significant injury has occurred due to living conditions and these conditions still exist (e.g., lead poisoning, rat bites).
☐ Evidence of human or animal waste throughout living quarters.
☐ Guns and other weapons are not locked.

10. Yes/No Child sexual abuse is suspected and circumstances suggest that child safety may be an immediate concern. *(Some examples of this may include the following.)*

☐ Access by possible or confirmed perpetrator to child continues to exist.
☐ It appears that caregiver or other person has committed rape, sodomy, or has had other sexual contact with child.
☐ Caregiver or others have forced or encouraged child to engage in sexual performances or activities.

11. Yes/No Caregiver's drug or alcohol use seriously affects his/her ability to supervise, protect, or care for the child. *(An example of this may include the following.)*

Caregiver has misused a drug(s) or alcoholic beverage(s) to such an extent that control of his or her actions is lost or significantly impaired. As a result, the caregiver is unable, or will likely be unable, to care for the child, has harmed the child, or is likely to harm the child.

12. Yes/No Other (specify): _____See page #4_____
*(Some example of this may include the following.)*

Possible examples:
☐ Child's behavior likely to provoke caregiver to harm the child.
☐ Unexplained injuries.
☐ Abuse or neglect related to child death, or unexplained child death.
☒ Serious allegations with significant discrepancies or contradictions by caregiver or between caregiver, and collateral contacts.
☐ Caregiver refuses to cooperate or is evasive.
☐ Criminal behavior occurring in the presence of the child, or the child is forced to commit a crime(s) or engage in criminal behavior.
☐ Caretaker(s) inappropriately disciplined child.
☐ Any mark, other than temporary redness of skin, lasting more than 24 hours as a result of discipline.

**IF SAFETY FACTORS 1-12 ARE CIRCLED "NO", GO TO SECTION 3: SAFETY DECISION.**
*When Safety Factors 1-12 are circled "NO", a safety response is not needed.*

**THE ALLEGATIONS ALONE DO NOT CONSTITUTE THE NEED FOR A SAFETY RESPONSE**

DSS-5231 Revised 5/05
Family Support and Child Welfare Services

**Part B. Safety Factor Description**

Directions: For all safety factors which are marked "yes," note the applicable safety factor number and then briefly describe the specific individuals, behaviors, conditions, and/or circumstances associated with that particular safety factor.

#5 Amanda in ICU at Mission Brian been w/ Amanda for several weeks.

#12 Hannah unable to stay w/ people Brian left her with due to safety issues.

## SECTION 2: SAFETY RESPONSE

Directions: For each factor identified in Section 1, consider the resources available in the family and the community that might help to keep the child safe. Check each response taken to protect the child and explain below.

- [x] 1. Use family resources, neighbors, or other individuals in the community as safety resources.
- [x] 2. Use community agencies or services as safety resources.
- [ ] 3. Have the alleged perpetrator leave the home, either voluntarily or in response to legal action.
- [ ] 4. Have the non-maltreating caregiver move to a safe environment with the child.
- [ ] 5. Other: _____
- [x] 6. The caregiver(s) places the child outside the home (in a safe arrangement). Note: include explanation below regarding why responses 1-5 could not be used to keep the child(ren) safe, in the home.
- [ ] 7. Legal action may be taken to place the child(ren) outside the home. Note: include explanation below regarding why responses 1-5 could not be used to keep the child(ren) safe, in the home.

Describe *all* safety interventions taken or immediately planned by you or anyone else, and explain how each intervention protects (or protected) each child. *This plan is in effect until safety issues have been resolved or a service agreement has been jointly developed*

Brian agrees to allow Hannah to be in kinship plx w/ Warren Hogan

Warren agrees to be kinship plx w/ Hannah until further notice.

Warren agrees to appropriately supervise Hannah at all times

## SECTION 3: SAFETY DECISION

Directions: Identify your safety decision by checking the appropriate line below. Check one line only. This decision should be based on the assessment of all safety factors and any other information known about this case. If "B" or "C" is checked, Section 2 must be completed. "A" is to be checked only if no safety factors were indicated in Section 1, Part A.

A.   Safe:   _____   There are no children likely to be in immediate danger of serious harm.

B.   Conditionally
     Safe:   Controlling safety interventions have been implemented since the report was received, and those interventions will adequately provide for the child's safety for the immediate future.

C.   Unsafe:   _____   Child(ren) is likely to be in danger of immediate harm. Remove child(ren) from the home.

Brian
Sign
here

**SECTION 4: SIGNATURES**

5·12·16

_____
Parent/Caregiver          Date

X _____
  Safety Resource          Date

_____
Parent/Caregiver          Date

_____
Safety Resource's Relationship to Child

_____
Parent/Caregiver          Date

_____
Safety Resource          Date

_____
Parent/Caregiver          Date

_____
Safety Resource's Relationship to Child

_____
     Social Worker          Date

_____
     Supervisor          Date

DSS-5231 Revised 5/05
Family Support and Child Welfare Services