Case Name:_____  Case Number:_____

## IX. Daily Activity Log

1. Date of Report: 04/18/16

2. Date of Initiation: 04/19/16

3. Names - Relationship:

    Mother: Amanda Edmondson
    Father: Brian Hogan 828-361-9533
    Child: Hannah Hogan

4. Method of Contact: Face-to-face

5. Place of Residence:

    943 Upper Peachtree Rd
    Murphy, NC 28906

6. Interpreter Needed / Used: No


INTERPRETER WAS NOT USED UNLESS OTHERWISE SPECIFIED:

All interviews, in particular the initial, with children or juveniles are conducted through a process. This process includes several minutes of rapport building with the child discussing any number of non-specifics. Lastly, the interview will conclude by discussing non-specific topics.

**April 18th, 2016 Report Received**
Agency received report, staffed and accepted for investigation based on NCGS 7B101 definition of abuse and neglect. SW Johnson (SW) assigned this day.

**April 19th, 2016 Initiation**
SW Johnson and SW Smith met with Hannah at Peachtree Elementary and she appeared clean, healthy, and was appropriately dressed. Hannah stated that she was living with her mom Amanda and her dad Brian. Hannah stated that her mom had poison ivy all over body right now and has to take medicine for it. Hannah reported that her mother had to go to the ER to get a shot for her poison ivy. Hannah stated that her dad works out of town and her mother does not have a job right now. Hannah reported that her siblings were not living with her right now but that they did come visit sometimes.

SW Johnson spoke with Peachtree Elementary Principal, Mrs. Worley. Mrs. Worley stated that she has been concerned about Hannah for a quite some time. Hannah never has a clear pick up plan and the school rarely knows who will pick her up or how she will get home. Mrs. Worley reported that when Hannah was previously with other relatives she had great attendance and her mood was good. Since Hannah has moved

Case Name:_____ Case Number:_____

back with her mother and father her mood has changed and her attendance has become worse. Mrs. Worley stated that she has had trouble getting updated information from Amanda and Brian and the school would like Hannah to have a clear pick up plan. Hannah has an IEP and is limited.

SW Johnson and SW Smith attempted a home visit to Amanda and Brian's home however the driveway was blocked off and SW's were unable to.

SW Johnson called Amanda's mother, Becky Edmondson 828-541-1613 and she stated that Amanda had just left with a friend and gave SW a number to call 828-361-6563. SW Johnson called the number and left a VM requesting a call back. SW Johnson received a call back shortly and Amanda stated that she could not meet with SW on this day but would meet with her the following day at the home at 2:30pm. SW Johnson stated that she would meet Amanda at this time.

April 20th, 2016 HV Amanda-Hannah
SW Johnson and SW Myers met with Amanda and Hannah at their home. Amanda appeared sober and coherent. Hannah appeared clean, healthy, and was appropriately dressed. The home appeared clean and free of any safety concerns. Amanda denied any Methamphetamine use and did not have any needle marks at this time. Amanda admitted to using Valium about six days ago and Kolonopin the day before yesterday. Amanda stated that she needs a prescription for Benzos and Appalachian Community Services told her they would get her one if she could make it up there and follow her recommendations. Amanda attend that she had been using since she was 14 and that she struggles with substance use. Amanda stated that she smokes pot but denied using drugs in front of Hannah or being High around her. SW Johnson was unable to send Amanda for a drug screen at this time due to the time and transportation issues. Amanda stated that she knew there was confusion with Hannah's pickup from school and that this was because she and Brian did not know if Amanda was allowed to pick her up. SW Johnson stated that she would look into it and find out. Amanda stated that she had been looking for a job but had not been able to get one. Amanda asked SW Johnson to drop off an application for her to Huddle House which SW agreed to do. Amanda stated that Brian would be home the following day and she would call SW once he arrived. **SW Johnson reviewed the drug screen policy with Amanda which she agreed to and signed. SW Johnson completed a safety plan with Amanda which she agreed to and signed.**

April 22nd, 2016 Drug Screen
SW Johnson faxed a drug screen referral to the Health Department for Brian to complete a urine screen. See file for referral.

SW Johnson spoke with Brian and he stated that he was on his way to the Health Department. Brian stated that Amanda could not come because she had a migraine and wasn't feeling good. Brian agreed to meet with SW in the afternoon when Amanda was feeling better.

SW Johnson received a call from Vonie with the Health Department stating that Brian completed his drug screen and was positive for THC.

SW Johnson received a call from Amanda stating that she had a migraine and had been puking and could not meet with SW. SW Johnson stated that she would meet with Amanda the following week.

DSS-5010a (Revised 06/08)
Family Support and Child Welfare Services

On-Going Case Contacts Page
Case 1:18-cv-00096-MR-WCM   Document 88-5   Filed 02/05/21   Page 2 of 14

Case Name:_____ Case Number:_____

**May 2nd, 2016**
SW Johnson received a VM from Mrs. Worley stating that she received a letter from Brian stating that Amanda was in the Hospital and Brian was with her. Hannah is to stay with Amanda Gilleland.

**May 3rd, 2016 Collateral/PC Brian/Kinship/F-F Hannah**
SW Johnson spoke with Principal Worley with Peachtree Elementary and she reported that Hannah was dropped off at school by Amanda Gilleland and she smelled like pee. Hannah is staying with Amanda G. because Hannah's mother is in Asheville in the Hospital and Brian is with her. Mrs. Worley was informed that a lady from the church recently took food to Amanda G. because she did not have enough. Brian sent the school a note that Hannah would be staying there a while. Amanda G. has 13 cats inside her home. Amanda G.'s children are not in school. Mrs. Worley is concerned for Hannah's safety. Mrs. Worley gave SW directions to Amanda G.'s home.

SW Johnson spoke with Brian and he stated that he was with Amanda in Asheville. Amanda is in critical condition and has an infection around her heart. Amanda is in room 6 in the critical condition unit. Brian stated that he left Hannah with Amanda G. and would like her to stay there until he returns home. SW Johnson stated that she would have to run background checks on them and find out if the home was appropriate.

SW Johnsons spoke with Hannah; she appeared clean, healthy, and was appropriately dressed. Hannah reported that her mom was drinking sodas and it caused her to have a urinary tract infection which caused her to have a kidney infection. Hannah reported that she is staying with her friend Samantha Gilleland and her family. Samantha's moms name is Amanda and she has brother named Ronnie and a sister named Cassie. Amanda's boyfriend in Jamie Callenback. Hannah reported that they have 13 cats inside the house. Hannah reported that the home was clean and did not smell bad except for Samantha's bathroom. Hannah reported that the home is 3 bedroom and sometimes Hannah sleeps on the couch. Hannah reported taking showers daily. Hannah talked to her dad last night but her mom was falling asleep. Hannah stated that she was worried about her mom and Hannah's friend Amber told her that her mother was going to die. SW Johnson assured Hannah that at this time her mom was sick but she was alive and would hopefully get better soon.

SW Johnson attempted a home visit to Amanda G's but no one answered the door. SW Johnson left a note on the door requesting a call back.

SW Johnson received a call from School Counselor Donna Anderson and she gave SW Johnson contact information for Amanda G. 706/974/4359 & 40 Destiny Lane Murphy, NC 28906

SW Johnson spoke with Amanda G. on the phone and she agreed to allow SW Johnson to come to her home and meet with her and James. Amanda gave SW Johnson DOB's for everyone in the home to allow SW Johnson to run back ground checks.

SW Johnson asked SW Garrett to complete a background check on James and Amanda which she did. James is on the sex offender registry but SW Garrett contacted the Sheriff's department and was informed that James committee the crime as a juvenile and is only on the registry because of NC law.

Case Name:_____ Case Number:_____

SW Johnson completed a home visit to Amanda G.'s home and notes that there are 13 cats in the home and 3 litter boxes however there was no safety concern found at this time. Amanda reported that she works at Burkes and James works at Taco Bell. **SW Johnson completed a safety plan with Amanda and James which they both agreed to and signed.**

### May 5th, 2016 PC Brian
SW Johnson spoke with Brian over the phone and he stated that Amanda has been put on oxygen and her kidneys are shutting down. Amanda has a deadly infection in her blood and she may have to be put on dialysis. Brian stated that the doctors had walked in the room and he would need to call SW back.

### May 9th, 2016 PC Brian
SW Johnson spoke with Brian over the phone and he stated that Amanda was doing somewhat better but she still had a long road to recovery. Brian stated that he had not been back to Murphy. Hannah and her siblings were brought to the hospital to see their mom and while they were upset the kids were still glad to see their mom. Brian agreed to contact SW Johnson if he came back to Murphy.

### May 12th, 2016 PC Brian/Collateral/F-F Hannah
SW Johnson met with Principal Worley and School Counselor Donna Anderson at Peachtree Elementary School. Hannah has reported to them that there are roaches in the home she is living in. Hannah has been having allergies and she believes it is from the cats. Hannah is worried she will bring roaches to school. Donna and Mrs. Worley have stated that Brian can call the school anytime and talk with Hannah. Brian has not called. Donna and Hannah called him this morning and spoke with him. Amanda is doing a little better. Hannah didn't get to see her mom on Mother's Day and she was very upset. Hannah has been coming to school smelling very bad. Mrs. Worley has given Hannah clothes to change into at school.

SW Johnson met with Hannah; she appeared clean and healthy but Hannah smelled of cat urine. Hannah reported that Amanda G. has roaches in the cabinets and all over the food. Hannah reported that she does not like the cats and there is cat poop everywhere. Hannah does not like living with Amanda G. Hannah does not shower every day and there is usually only the kids there.

SW Johnson called Brian and spoke with him over the phone. SW Johnson voiced her concerns about Hannah remaining with Amanda G. due to Hannah's report of the roaches and cats. Brian stated that he would ask his father Warren Hogan to be kinship for Hannah.

### May 17th, 2016 HV-Warren/PC Brian/Kinship papers
SW Johnson learned that the fax containing the safety plan/kinship paperwork sent to Brian in Asheville failed. SW Johnson refaxed paperwork and it was successful.

SW Johnson spoke with Brian and he stated that he had received the documents. SW Johnson explained the documents to Brian and that this was a voluntary placement and was not custody. Brian stated that he would sign the documents and fax them back.

SW Johnson completed a home visit to Warren's home. SW Johnson notes the home was appropriate. Hannah has her own room and it meets her needs. Warren talked for some time about the relationship between him and Brian being bad due to different views on life. Warren talked about concerns with Hannah

Case Name:_____ Case Number:_____

and how her life has been constant havoc. Warren is happy to have Hannah and can meet her needs for as long as the department needs.

**May 19th, 2016 PC Brian & Warren**
SW Johnson spoke with Brian and he stated that he had spoken with Hannah and she reported that Warren was talking badly about Brian and Amanda. Hannah was crying and Warren was yelling at her in the background. Brian wants to move Hannah with her brother and sister. Brian wants Hannah to live with Chris and Kathy in Hayesville. SW Johnson stated that she would call them and talk with Hannah and get back to Brian. 828-557-8061

SW Johnson called Kathy and Chris and left a VM.

SW Johnson spoke with Warren and he stated that Hannah does miss her brother and sister but that she is happy with Warren. Warren denied talking about Brian and Amanda in front of Hannah. Warren stated that he is taking good care of Hannah.

**May 24th, 2016 Collateral**
SW Johnson spoke with Becky Edmondson, Amanda's mother. Becky stated that Hannah was doing well with Warren and was being taken care of well. Becky believes that Brian wants to move Hannah because he does not like his father. Becky believes the safest place for Hannah is with her grandpa. 828-835-2770

**May 25th, 2016**
Case staffed and switched to family assessment as family needs services.

**May 26th, 2016 Collateral**
SW Johnson received a call from Mrs. Worley stating that when Warren dropped Hannah off this morning he asked Mrs. Worley not to release Hannah to Brian. Mrs. Worley told Warren she did not have the authority to do so without a court order.

SW Johnson spoke with John Halsell with Mission Hospital. John was Amanda's case manager at Mission. John advised that Amanda left the hospital yesterday against medical advice and has a 75% chance of dying now that she has left the hospital. Amanda had Brian kicked out of the Hospital due to an altercation between them.

**June 6th, 2016 Collateral-F-F Hannah**
SW Johnson saw Hannah at Peachtree Elementary. She appeared clean, healthy, and was appropriately dressed. Hannah stated that she failed her EOG's and would be doing summer school until Thursday. Hannah stated that she was happy at her grandpa's and he takes good care of her. Hannah misses her brother and sister.

SW Johnson spoke with Mrs. Worley and she stated that Hannah has been doing much better since being with her grandmother. Hannah did fail her EOG's but Mrs. Worley stated that Hannah had several learning disabilities and this was expected. Hannah would be advanced to the 5th grade.

**June 9th, 2016 Case Staffing**

Case Name:_____ Case Number:_____

SW Johnson staffed case with SWS Bernier and the family was found to be in need of services. SW Smith assigned Case Management case.

### June 13th, 2016 Closing letter
SW Johnson worked on case file and sent closing letter to Brian and Amanda on this day. Anonymous reporter so no letter sent.

### June 14, 2016 Case Documentation
SW Johnson worked on documentation and case file. SW Johnson turned in case file to SWS Bernier on this day.

SW Johnson spoke with Brian and he stated that he had returned to Murphy last week. Brian and Amanda have been evicted from their home and Brian had to get all of their belongings. Brian stated that Amanda is having heart surgery on Wednesday or Thursday. Amanda and Brian will be in the Hospital for about 7 or 8 days after the surgery. Brian stated that they would not be returning to Murphy until then. SW Johnson and SW Smith staffed case with SWS Bernier and the decision was made that 7 day could be done due to Amanda's health circumstance. Brian is to call the department when they return to Murphy and then SW's will see them and set up CFT.

### May 24, 2015 P/C with Amy Pryznosch from Mission Hospital-For SW Johnson

SWS received a call from the above referenced Social Worker at Mission Hospital on this date stating Amanda Edmondson was threatening to leave the hospital AMA. Amy stated while Amy was present in Amanda's hospital room, Amanda was "egging" Brian on which escalated into verbal abuse. Amy also stated that Brian admitted to slapping Amanda in the face as Amanda was yelling that Brian had hit her in the head which is causing her to not remember things. Amy stated Brian was aggressive and frightened her. Amy was calling out of concern for the child as Amanda is not well enough to care for the child and the potential for Amanda passing will increase greatly if she leaves AMA. Amy stated she has been talking with Amanda and thinks she may have Amanda talked into staying but cannot say for certain. Amy works part-time and does not work on Wednesdays but her case manager John Halsell does and can be reached for additional information. **Contact information for Amy is 828-213-5488 and John is 828-213-5414.** SWS advised Amy that Hannah is with a kinship placement at this time and has been moved several times since Amanda's admission to the hospital. SWS advised Amy to contact the department if Amanda's does leave AMA. This was documented on this date.

Case Name: Hogan _____ Case Number: _____

## IX. Daily Activity Log

1. Date of Report: 4/18/16

2. Date of Initiation:

3. Names - Relationship: Amanda Edmondson (mother), Brian Hogan (father), Hannah Hogan (juvenile)

4. Method of Contact: Face-to-face

5. Place of Residence:

6. Interpreter Needed / Used: No

INTERPRETER WAS NOT USED UNLESS OTHERWISE SPECIFIED:

**6/9/16 This investigation was staffed as Services Needed and assigned to SW Smith.**

**6/14/16 F/F with Hannah and Warren**
SW Smith and SW Johnson met with Hannah and her Grandfather Warren on this day to make seven day contact. It was not possible to make 7day contact with Brian and Amanda. Please refer to SW Johnson's investigation documentation. SW noted that Hannah appeared healthy and was dressed appropriately. She told SW that she was having a good summer but missed school. She stated that she liked art class and had won an award. SW congratulated her and explained that she (SW Smith ) would be working with Hannah and if she had any concerns to let SW know. Hannah agreed. SW then gave Warren her contact information and SW noted that he appeared sober and coherent.

**6/14/16 Organization**
SW organized all documentation into a binder.

**6/28/16**
SW Smith and SW Myers went to Becky's home (amanda's mother) SW spoke with Becky who stated that Amanda was going to be release from Mission Hospital on Friday and Becky was going to pick her up. She stated that Brian had been out there the whole time and that they both had a new apartment in town. Becky also stated that Brian and Amanda thought they were going to be able to get Hannah on Friday. SW got Amanda's hospital number and thanked Becky and left. SW notes that Becky and her son Cody both appeared under the influence. Cody kept nodding off while speaking with both SWs and Becky had slurred speech and stumbled a lot. SW then called Amanda and spoke with her for a few minutes. SW explained Case management and stated she would need to see Amanda and Brian. Amanda agreed and SW then spoke with Brian. He told SW that he wanted to get Hannah Friday from the kinship placement and SW stated that there were concerns and discussed why the case was in Case Management. Brian then asked if he could pick up Hannah from Warren's home and take her to see Amanda. SW stated that she would need to staff this and see if there were concerns in regards to Brian supervising contact between Hannah and Amanda. Brian started to get upset and said there were no concerns with him. SW stated she would talk with SWS and call Brian back. Brian said ok and hung up. This was documented on 6/29/16

**6/28/16 Staffing**
SW reviewed SW Johnson's case and noted that most of the concerns revolved around Amanda's admitted drug use and that Brian had taken a drug screen and it was positive for marijuana which Brian admitted would be in his system. SW then staffed this case with SWS who stated that Brian could supervise contact between Hannah and Amanda pending a drug screen and a safety plan. This was documented on 6/29/16

**6/28/16 P/C with Brian**
SW called Brian back and let him know what was agreed upon with SWS. Brian agreed to allow Hannah to stay in kinship and agreed to meet with SW at his home Friday (7/1/16) and would sign a safety plan in regards to supervising

Case Name: Hogan          Case Number: _____

Hannah. Brian stated he would call SW Friday when he and Amanda were home. SW thanked him and hung up. This was documented on 6/29/16

### 7/1/16 P/C with Warren
SW spoke with Warren and let him know that Brian agreed to allow Hannah to stay in Kinship with Warren. SW also let him know that Brian (pending a signed safety plan) could come and pick up Hannah and supervise her contact with Amanda. Warren stated that this was fine but he was concerned with what kind of people Brian would have Hannah around. He stated that he was worried Brian would have her around druggies again. SW stated that she would address these concerns. SW then told Warren that she would be on vacation the next week, but if Hannah comes home and states any concerns about her time with Brian and Amanda or talks about being around drug addicts while Brian is supervising, please contact SWS. Warren agreed to this.

### 7/1/16 P/C with Becky
SW called Becky to find out if Brian and Amanda had made it to Cherokee County yet. SW was told that another family member went to pick up Brian and Amanda and they would be in town in the afternoon. This was documented on 7/11/16

### 7/1/16
SW arranged for SW Myers to go see Brian and Amanda. This was documented on 7/11/16

### 7/1/16
SW Myers met with Brian (see attached documentation)

### 7/1/16 Collateral with Health Dept
Brian was negative for illegal substances.

### 7/12/16 P/C with Warren (Collateral)
SW received a call from Warren who stated that Brian was allowing random people to bring Hannah home from her visits and also once, Amanda came with random people to pick up Hannah and Brian wasn't with her. Warren told SW that he put a stop to this and told Brian he had to come pick up and drop off Hannah from now on. SW thanked Warren and hung up.

### 7/12/16 F/F with Brian and Amanda
SW called Brian and met him and discussed the concerns. SW told Brian that he agreed to and signed a safety plan stating he would supervise all contact between Hannah and Amanda and that this is also part of the court order. SW then asked Brian why he was allowing other people to drop off and pick up Hannah and he said because he didn't have a ride. SW stated that this could not happen at this time due to the concerns that got DSS involved which included Brian dropping Hannah off at random homes that aren't appropriate for children. SW also stated that Amanda would need to pass a drug screen before anymore supervised visits with Hannah. SW then discussed the court order. Brian asked if this would be long term and SW stated that this was what was stated in the court order. SW then stated that Amanda could not have another visit until she passed a drug screen. SW created a safety plan and Brian agreed to it and signed it. He then stated that He and Amanda got kicked out of the apartment above TnT Pawn because Amanda had words with the owner but he could move back in. SW discussed doing a case plan since both were back in town and asked that Brian discuss a time with Amanda and SW could even come to them and do the CFT. Brian agreed to call SW back by the end of the week to set a date. SW thanked Brian and left. SW then met with Amanda who appeared sober and coherent. SW discussed the concerns and told Amanda that she had to be supervised by Brian to see Hannah and also needed to take a drug screen before her next visit. Amanda admitted to SW that she took an unprescribed loritab the night before because of a hip injury. SW discussed the dangers of Amanda using again and asked that she work on not relapsing. Amanda stated she wasn't and SW stated that Amanda would need to pass a drug screen before seeing Hannah and she agreed with this. SW then discussed a CFT and Amanda stated she would talk with Brian and call SW back. SW thanked Amanda and left.

### 7/12/16 F/F with Warren and Hannah /HV and kinship review
SW went to Warren's home and met with Warren and Hannah. SW did a walkthrough and noted that the home was appropriate and there were no safety concerns. SW then spoke with Hannah and asked how her visits with her parents

Case Name: Hogan       Case Number: _____

were going and she said fine. SW asked if there ever is a time that Hannah is with her parents and there are people around that make Hannah scared or worried, to please tell Warren and she agreed. SW also did a kinship care review. Warren stated he had no concerns with keeping Hannah and would keep her as long as needed. SW thanked them and left.

### 7/15/16 F/F with Brian
Brian came to the office and met with SW. He appeared sober and coherent. He told SW that he wanted to work a case plan separate from Amanda because they were not together and he wanted to get Hannah back. SW agreed to meet at Brian's home on 7/19/16 at 10:30 am to do a CFT. Brian also stated that he didn't have power and didn't have the money to pay the power bill. SW set him up with an appointment with Michelle Chastain to see if DSS could help with the power bill. This was documented on 7/20/16

### 7/19/16 CFT with Brian
SWS, SW Smith and SW Johnson went to Brian's apartment and did a CFT. SW notes that Brian appeared sober and coherent. SW did a walkthrough of the home and notes that it was clean but there was no power or furniture. Brian told SW that he had to find a job working 25-30hrs a week and then DSS would help with his power bill. SW encouraged him to do this. At this time SWS, both SWs and Brian did a CFT. Brian agreed to the CFT and signed it. He stated that he and Amanda weren't together and he would do anything to get Hannah back. SW encouraged him to work on the activities on the Cft and he agreed. This was documented on 7/20/16

### 7/20/16 P/C with Brian
Brian called SW and let her know he got a job with a tree company and was starting tomorrow.

### 7/20/16 CFT Documentation
SW filled out the CFT documentation instrument and placed it into the file.

### 7/25/16 Review of case
SW reviewed this case and noted that all f/f and collaterals were made.

### 7/26/16 F/F with Brian and Amanda
SW met with Brian and Amanda. They were sitting on a porch in Beale Circle. Both appeared sober and coherent. Brian stated that he lost the apartment because he didn't get the money for the power bill in time. Both stated that they were looking to get an apartment in Beale Circle. SW asked where they were living and they stated they were just staying here and there with friends. Amanda then stated that she wanted to get Medicaid but didn't have transportation to DSS. SW Smith and SW Mcdonald transported Brian and Amanda to DSS and back home again. SW asked Amanda if she was remaining sober and she stated she was smoking pot and also took a valium last week. SW cautioned Amanda about drug use and stated she would need to be sober to see Hannah per court order. Amanda asked if that also meant weed and SW stated that she would speak with DSS Attorney Scott Lindsay and let her know. This was documented on 7/27/16

### 8/5/16 Attempted visit
SW went through Beale Circle and attempted to locate Brian and Amanda.

### 8/8/16 Review
SW reviewed this case and noted that a f/f and HV were needed.

### 8/16/16 P/C with Becky
SW called Becky and asked to speak with Amanda or Brian. SW was told that neither were there. SW asked if Becky knew where they were staying and she said no.

### 8/16/16 Attempted P/C with Amanda
SW called a number for Amanda and spoke with a Jessica who stated she has not seen Amanda in about three weeks and didn't know where she was.

### 8/17/16 HV with Warren and Hannah (Collateral)

DSS-5010a (Revised 06/08)
Family Support and Child Welfare Services

Case Name: Hogan                    Case Number: _____

SW went to Warren's home and met with him and Hannah. Hannah showed SW the home and SW noted no safety concerns. SW then asked Hannah how visits were going with her dad and she said fine. SW asked if she had seen her Mom and she said "she was sleeping when I went to see dad". SW then spoke with Warren alone who stated that he was taking Hannah to Becky's home to see Brian for a few hours each week. SW asked if Amanda was there during the visits and he said yes. SW then discussed the court order and Warren stated he wasn't aware of it. SW stated she would review the court order and then call Warren back today or tomorrow. Warren also stated that Brian hadn't come at all to see Hannah; that he had to take Hannah each time. SW thanked him and left.

### 8/17/16 Attempted Visit
SW went to Becky's home and met with Amanda. She appeared sober and coherent. SW asked if she and Brian were staying there and she said yes. SW asked to see Brian and she said that he was at work and didn't have a phone. SW asked if she could relay a message and ask Brian to call SW because SW needed to see him and review the case. Amanda agreed to this but also stated that Brian may be going out of town for a month for work. SW asked if SW could come back out today or tomorrow to see Brian before he leaves and Amanda said he was probably leaving today from work. SW asked that Brian call. SW then asked Amanda if she had been clean and she stated she had been taking some loritabs not prescribed to her for pain. SW reiterated that she could not be around Hannah if she was using drugs and Amanda then asked about pot and SW stated that the court order said Amanda had to be sober and not under the influence of any substances that aren't prescribed to her. Amanda said ok. SW thanked Amanda and asked that Brian call and Amanda said ok.

### 8/17/16 Review of Court order
SW reviewed court order and discussed it with SWS who agreed that Amanda could not use marijuana and be around Hannah.

### 8/17/16 Staffing
SW staffed this case and let SWS know that Brian had allowed Hannah to be at Becky's home where both SW Smith and SW Myers witnessed Becky and her son under the influence and also Brian had violated the court order and dss safety plan and let Hannah be around Amanda. SWS agreed that supervised visits ( Brian and Hannah supervised by Warren) would be put in place at this time and also asked that SW arrange a CFT with Brian.

### 8/17/16 P/C with Warren
SW called Warren and left a message. SW received a call back and told Warren about the court order and also asked that Warren supervise all visits between Brian and Hannah at this time. Warren agreed to this

### 8/17/16 P/C with Brian
SW called Becky's number and spoke with Brian. SW discussed the concerns and Brian stated well Amanda hasn't been here everytime Hannah is here and SW stated that it violated the court order because Amanda admitted that she is still taking loritabs not prescribed to her. SW also stated that it was a concern that Brian was having Hannah at Becky's home since he admitted she used drugs and he said well she doesn't live here and SW stated she called the home yesterday and Becky answered. Brian then asked what he could do to change the court order and SW stated that he would probably have to contact a lawyer and he said he would. He then stated he was going out of town to work and would not be back until the 30th. SW asked for a CFT review and Brian agreed to meet SW and SWS at DSS at 3:30 on August 30th. SW stated that right now his contact with Hannah would need to be supervised by Warren since he broke both the court order and safety plan and he agreed. SW thanked him and hung up.

### 8/30/16 HV and CFT review with Brian
SW went to Brian's home and met with him. SW went over the Court Order that Brian had signed with SW Garrettt. SW also reviewed the CFT with Brian. SW noted that Brian has gotten a job but was has not gotten a stable home for Hannah. SW noted that Brian was still living in Becky's home with Amanda. SW discussed the concerns of drug use by Becky and Amanda. SW also discussed custody and Brian stated he would think about this. SW thanked him and left. This was documented on 9/2/16

### 9/2/16 P/C with Warren Collateral
Warren called SW and stated that Brian and Amanda called Hannah the other night and Amanda sounded slurred and nodded off while speak with Amanda.

DSS-5010a (Revised 06/08)
Family Support and Child Welfare Services

Case Name: Hogan     Case Number: _____

### 9/2/16 P/C with Brian
SW called Brian and discussed Amanda nodding off while talking with Hannah. SW also discussed signing custody to Warren. Brian asked to think about this and agreed to meet with SW in two weeks when he gets back into town. (IT is noted that Brian is in Kentucky working with Amos Refrigeration)

### 9/13/16 Risk Reassessment
SW did a risk reassessment and it was moderate. SWS did an override because Hannah is safely in kinship with Warren.

### 9/15/16 Review
SW reviewed this case and noted that f/f with the family was needed. SW noted that she would do this the week of 9/19/16.

### 9/19/16 HV with Kinship
SW went to Warren's and met with him and Hannah. SW spoke with Hannah who stated that she hadn't seen her dad in a while but did talk to him on the phone. SW asked if she had any questions or worries and she said no. She then talked about school with SW. SW then spoke with Warren who stated that both Amanda and Brian had called but Brian had not come to see Hannah in over a month. SW did a walkthrough and noted it was clean and there were no safety concerns.

### 9/19/16 Attempted HV with Brian
SW went by the home Brian was staying at and spoke with a man who stated Brian was still working out of town and wouldn't be back for another 2 weeks.

### 9/21/16 P/C with Brian
SW called Brian who stated he was still out of town and would call SW when he gets back. SW then discussed the case and Brian stated that he and Amanda had discussed this and she had stopped doing pills and would be clean within thirty days of even pot. Brian stated Amanda wanted to go to classes and get help. He said she couldn't do ACS because they don't have a car. SW then discussed Amanda taking classes through Joan Moore who teaches once a week. Brian stated that Amanda would be able to make a once a week class. He stated that they love Hannah and want their family back together. Brian stated that Amanda agreed to SW starting to randomly drug screen her to show that she was getting clean. SW discussed working the case and stated that Amanda would have to be serious about getting clean because Hannah didn't need to stay in kinship and Brian agreed. Brian then asked if SW would call Warren and make sure he can see Hannah this weekend and SW stated yes and asked that Brian also call Warren and arrange a visit. SW agreed then told Brian that Amanda could not be around Hannah until she could pass drug screens and Brian stated he knew and wouldn't do this. SW thanked him and asked that he call when he gets to town so that SW can see him. He agreed to this.

### 9/21/16 P/C with Warren
SW called Warren to let him know that Brian would be coming this weekend. SW asked that he work with Brian and arrange a visit in a public place where he transport Hannah and he agreed.

### 9/23/16 P/C with Brian
SW received a call from Brian stating he could come by the office on Monday 9/26/16 to meet with SW before he went back out of town for work. SW asked that he call Monday when he was coming by and he agreed. This was documented on 9/26/16

Case Name: Hogan          Case Number: _____

### 9/26/16 F/F with Brian and Amanda
Brian called SW and stated that he did not have a ride. SW went to the home and met with Brian and Amanda. SW discussed custody and both stated that they were in agreeance to this. Brian agreed to call Warren and talk with him. Amanda asked if SW would go with her and discuss custody with Warren and SW agreed. Brian stated that he would be out of town for three weeks and would call SW when he got back to arrange a meeting to sign custody. SW thanked the family and left. This was documented on 9/28/16

### 9/27/16 P/C with EC Teacher Mr Raxter
Hannah's EC teacher Mr. Raxter called SW to obtain information to contact Brian. He stated that he would need to meet with Brian to do an IEP meeting. This was documented on 9/28/16

### 9/28/16 P/C with Warren
SW received a call from Warren and returned the call. SW discussed custody and arranging a visit between him and Amanda. Warren was agreeable to this.

### 10/10/16 P/C with Warren
Warren called SW and stated that he needed Hannah's Medicaid information. SW stated she would check and see if SW Johnson had done a change of notification and if not, SW would do one. SW also discussed bringing Amanda to meet with Warren and he agreed to this. SW stated she would call him back this week to arrange a time.

### 10/10/16 Change of notification
SW did not find information on a change of notification and SW created one and sent it to all appropriate parties.

### 10/10/16 P/C to Amanda
SW called Amanda and left a message.

### 10/11/16 Attempted P/C with Amanda
SW called the number for Amanda and spoke with a man who stated that Amanda was not there at this time but he would have her call SW back.

### 10/11/16 HV and F/F with Warren and Hannah
SW went to Warren's home and met with him. SW discussed custody and did a walk through of the home. SW noted that the home appeared clean and there were no safety concerns. SW let Warren know that she did a change of notification and asked that Warren call Medicaid and see about what needs to be done to have Hannah's Medicaid in his name. Warren agreed to this. SW thanked him and left. SW then went to the school and met with Hannah. SW noted that she appeared clean and healthy. SW asked her how school was and she said good. SW and Hannah then discussed Halloween and Hannah smiled and told SW that she was going to be a gypsy. SW asked if she had seen her parents and she said no but that they called her a lot. SW asked if she had any worries and she said no. SW asked if Brian was still out of town for work and Warren stated that he thought so. SW thanked her and left.

### Collateral with Marble Elementary 10/11/16
SW spoke with Hannah's homeroom teacher Mr. Gaither who stated that Hannah was doing well at this time and adapting to the new school and making friends. He stated that he didn't have any concerns at this time.

### 10/14/16 Staffing
SW staffed this case with SWS and discussed that she was waiting for Brian to come back into town and sign custody to Warren.

### 10/18/16 Attempted P/C to Brian
SW attempted to call Brian and the phone stated that it was not taking any calls at this time.

### 10/19/16 F/F with Warren and Hannah
SW went to the home and met with Warren. He told SW that Brian had called once in the past week and Amanda had not called Hannah at all. SW asked if he had a new number for Brian and he said no. SW asked if he knew when Brian was coming to town and he said no. Warren stated that he was concerned that Brian and Amanda were laying low and

DSS-5010a (Revised 06/08)
Family Support and Child Welfare Services

On-Going Case Contacts Page _____

Case 1:18-cv-00096-MR-WCM   Document 88-5   Filed 02/05/21   Page 13 of 14

trying to find a house and hope that would solve all their problems and DSS would close the case if they have a home. SW thanked him for this information and then went to the school and met with Hannah. SW noted that she appeared healthy and was appropriately dressed. SW asked Hannah how things were going at her granddad's home and she said fine. SW then asked if she had talked to her parents and she said that her dad called this weekend. SW asked how the conversation went and she said fine. SW asked if she had any worries or questions for SW and Hannah said no. SW thanked her and left.

### 1019/16 F/F with Brian
SW went by Becky's trailer and Brian came out. SW asked when he got back to town and he stated he got back the night before. SW stated that she had been trying to call him and Brian said he was out of minutes. SW discussed Brian signing custody to Warren and he agreed. SW discussed custody and then called Warren and arranged a meeting for 9am on Friday at the office. Warren agreed to pick up Brian and bring him to the office. SW thanked Warren and hung up. SW then spoke with Brian more who starting crying and stated that Amanda was in the home and sick with what he thought was pneumonia and she refused to go to the dr. SW encouraged Brian to get her to the doctor and he agreed. SW thanked him and left.

### 10/20/16
SW Smith fixed a custody agreement for Brian and Warren.

### 10/21/16 Custody Signing
Brian and Warren came in and met with SW Smith. They signed the custody papers which were then notarized by Susan Prunier. SW gave both adults a copy and encouraged Brian to work on finding stable housing. He agreed. SW thanked them and they left.

### 10/21/16 Staffing
SW Smith staffed this case and it was agreed that it could be closed since custody was transferred to Warren.

### 10/21/16 Closing Case
SW closed this case on this date.

### 10/21/16 Documentation to close case
SW worked on all documentation to close this case. SW turned in all documentation and files to SWS.