| DATE | MISSING DOCUMENT | LOCATION NOTED | OCCURENCE | DETAILS |
|---|---|---|---|---|
| 2016 | | | | |
| 18-Apr | Report to DSS (Intake Form)DSS1402 | LINDSEY RFP | Agency received report | |
| 19-Apr | | | SW Johnson interviewed HH and Principal Worley | HH - clean, healthy, app dressed / Worley concern-Pickup plan, attitude, attendance and mood worse than when living with others |
| 20-Apr | Drug Screen Policy.and Safety Assessment with Amanda and Brian(DSS5231) | LINDSEY RFP | SW Johnson home visit with HH and Amanda (mom) | HH - clean, healthy, app dressed / Home - clean and free of safety concerns |
| 22-Apr | Drug Screen Referral and results | LINDSEY RFP | sent by SW Johnson to Health Dept for Brian to complete Urine screen | Report says see file for referral. |
| 2-May | | | VM from School (Worley) | Letter from Brian -wife in hospital HH staying with Amanda Gilleland |
| 3-May | documentation of report from school about HH | LINDSEY RFP | Worley - HH smelled like pee- concerned for safety | Johnson spoke with Brian, met with HH - clean healthy and app dressed HH said home clean and did not smell, takes showers |
| | background checks on James and Amanda | LINDSEY RFP | SW Garrett ran BG checks, SW Johnson did home visit | SW Johnson - no safety concerns at this time per home visit |
| | Safety Plan with Amanda Gilliland and James | LINDSEY RFP | | |
| 5-May, 9-May | | | SW Johnson spoke with Brian | Amanda critical - would call if he came back to Murphy |
| 12-May | documentation of report from school about HH. Safety Assessment written - Found in school records | CCPS RESP | Meeting with school and HH /called Brian | HH clean and healty but smelled of cat urine, reports roaches in home- does not like living there/Bruan offered to call Dad |
| 17-May | Kinship Agreement | LINDSEY RFP | SW Johnson faxed safety plan/kinship paperwork to Brian- | SW explained voluntary placement with Warren - not custody - home visit |
| 19-May | | | Phone call - Brian request to move HH to Chris and Kathy | Warren talking badly about Brian and Am - HH crying-W yelling-misses siblings |
| 25-May | Family Assessment Case(CPS Assessment) | LINDSEY RFP | Case staffed and switched to family assessment | family needs services(P/C with AP mission Hospital - tells there is Kinship Agreement) |
| 26-May | Documentation of report from school about HH | LINDSEY RFP | Worley - Warren called | asked not to release HH to Brian - school said needed court order |
| 6-Jun | Documentation of interviews | LINDSEY RFP | SW met with HH and school personnel | SW J - HH clean healthy aap dressed, happy misses siblings. Failed EOG Worley - doing better since with GM(?) |
| 9-Jun | Case Staffing Paperwork | LINDSEY RFP | SW Johnson staffed case with SWS Bernier SW Smith assigned Case Management case | family needs services |
| 13-Jun | Closing letter | LINDSEY RFP | SW Johnson sent closing letter | |
| 14-Jun | Case Documentation(SW organized all documentation into binder) | LINDSEY RFP | SW Johnson turned in case file to SWS Bernier | Brian returned to Murphy had been evicted-Amanda heart surgery - gone 7-8 days after SW J and Sm staffed case with SWS will set up CFT met with HH and GF |
| 28-Jun | Interview with Becky | LINDSEY RFP | SW Smith and Myers met with Becky and Cody | B and C appeared to be under influence - Brian and Am plan on getting HH- discussed concerns - would have to check about Brian supervising visits with Am concerns revolved around Amanda's admitted drug use and Brian pos for Marijuana SWS - Brian could supervise contact pending drug screen and safety plan-Brian agreed to stay in kinship |
| | | | SW reviewd SW Johnson's case | |
| 29-Jun | Documentation noted in Lindsey notes | LINDSEY RFP | 6/28 occurences all stay documented this date | |
| 1-Jul | Drug Screen results | LINDSEY RFP | SW Meyers met with Brian and Amanda | Brian was negative for ALL illegal substances -Health Department |

| Date | Event | Source | Description | Notes |
|---|---|---|---|---|
| 11-Jul | Documentation noted in Lindsey notes | LINDSEY RFP | SW noted documentation was entered this date | documentation for 7/1 entered this date |
| 12-Jul | | | SW call from Warren (Collateral) | Brian alllowing random people to bring HH home - Amanda came once |
| | Safety Plan with Brian Hogan | LINDSEY RFP | SW met with Brian | safety plan he signed and court order - he would supervise contact between HH and Am- required Am to pass a drug screen b4 another visit -created NEW safety plan - discussed CFT with Amanda |
| | | | | SW -kinship review - HH visits with parents fine |
| 15-Jul | | | Brian met with SW | wants separate case - not with Amanda |
| 19-Jul | CFT with Brian signed | LINDSEY RFP | SW Smith and Johnson -CFT with Brian | No power or furniture-DSS help with PowBill |
| 20-Jul | CFT placed in file Documentatiion noted in Lindsey notes | LINDSEY RFP | SW Smith | visit with Brian 7/15 and 7/19 documented |
| 25-Jul | SW review of case | LINDSEY RFP | SW noted F/F and collaterals were made | |
| 26-Jul | Documentation noted in Lindsey notes entered 7/27 | LINDSEY RFP | SW met with Brian and Amanda | SW drove to DSS to get Medicaid PW |
| 8-Aug | Review of Case | LINDSEY RFP | SW noted FF and HV needed | |
| 17-Aug | | | SW home visit with Warren (collateral)/review/staffed case | HH be around Amanda - SWS -supervised visits by Warren with B and A and arrange CFT with Brian |
| 30-Aug | Documentation noted in Lindsey notes (documented on 9/2) | LINDSEY RFP | SW HV and CFT review with Brian | went over CO - -reviewed CFT - discussed custody |
| 13-Sep | Risk Assessment | LINDSEY RFP | SW did Risk Assessment - moderate | SWS override - HH kinship with Warren |
| 15-Sep | Review of Case - notes | LINDSEY RFP | SW review case - F/F needed | |
| 19-Sep | Documentation of HV? | LINDSEY RFP | SW HV warren with kinship / attempt HV with Brian | |
| 21-Sep | | | P/C with Brian / P/C Warren | Amanda wants to go to classes and get help |
| 23-Sep | Documented per Lindsey notes 9/26 | LINDSEY RFP | PC with Brian and 9/26 | |
| 26-Sep | Documented per Lindsey notes 9/28 | LINDSEY RFP | F/F with Brian and Am - P/C School (EC teacher) | discussed custody with Brian and Am - IEP call (9/27) |
| 10-Oct | Change of Notification Form | LINDSEY RFP | P/C with Warren | needed Medicaid info - SW created Change of Not form |
| 11-Oct | | | HV and F/F with Warren and HH. Spoke with teacher (Collateral) | discussed custody - no visits but p/c with parents |
| 14-Oct | | | SW staffed case with SWS | waiting on Brian to return and sign custody |
| 21-Oct | All Closing Documentation | LINDSEY RFP | SW closed case - worked on documentation | SW smith staffed case - closed worked on documentation to file to SWS |
| 3/13/2018 | Safety Placement Logs | Brian Vogl Email | Asks for Safety Placement Logs | response on March 15 - states please see attached - keeping July 2017 |