

| ITEM # | STANDARD 10: PROGRAM OPERATIONAL RECORDS: FAMILY AND CHILDREN'S SERVICES | | |
|---|---|---|---|
| | **RECORD SERIES TITLE** | **DISPOSITION INSTRUCTIONS** | **CITATION** |
| 6. 🔒 | **CHILD FATALITY PREVENTION RECORDS**<br><br>Includes minutes of team meetings, agendas, attendance sheets, confidentiality forms, lists of state fatality cases, copies of death transcripts, copies of medical examiner's reports, copies of autopsy reports, correspondence (including e-mail), and other related records.<br><br>See also **AGENDA AND MEETING PACKETS**, page 1, item 2. | Destroy in office 3 years after date meeting was held. | Confidentiality:<br>G.S. § 7B-1413 |
| 7. 🔒 | **CHILD PROTECTIVE SERVICES CASE RECORDS**<br>Includes intake and screening documentation, risk assessments, demographic information, annual photographs, court records, reports and evaluations, educational records, dictations, case decisions, in-home services documentation, child removal documentation, documentation concerning actions taken, investigations, services provided, and other related records regarding case management activities. | Specific records within a case file may be destroyed on a fiscal year basis when the office is notified by Department of Health and Human Services - Office of the Controller that the records are released from all audits, reports, or other official actions.[1] | Authority:<br>10A NCAC 70A .0112<br>DHHS Family Services Manual, Volume 1, Chapter VIII<br><br>Confidentiality:<br>G.S. § 108A-80<br>G.S. § 7B-302(a1)<br>G.S. § 7B-2901 |
| 8. 🔒 | **DELINQUENCY PREVENTION SERVICES RECORDS** | Specific records within a case file may be destroyed on a fiscal year basis when the office is notified by Department of Health and Human Services - Office of the Controller that the records are released from all audits, reports, or other official actions.[1] | Confidentiality:<br>G.S. § 108A-80 |

10

\* No destruction of records may take place if audits or litigation are pending or reasonably anticipated. See **AUDITS, LITIGATION, AND OTHER OFFICIAL ACTION**, page ix.

† See signature page. The agency hereby agrees that it will establish and enforce internal policies setting minimum retention periods for the records that Natural and Cultural Resources has scheduled with the disposition instruction "destroy when reference value ends." Please use the space provided.

[1]Records may be destroyed only after office is notified by Department of Health and Human Services – Office of the Controller that the records are released from all audits, reports, or other official actions. Transfer records involved in litigation to **LITIGATION CASE RECORDS**, page 35, item 13.

74