Message

**From:** Randy Wiggins [randy.wiggins@cherokeecounty-nc.gov]
**Sent:** 12/22/2017 1:51:02 PM
**To:** Cal Stiles [cal.stiles@cherokeecounty-nc.gov]; CB McKinnon [cb.mckinnon@cherokeecounty-nc.gov]; Da Eichenbaum [dan.eichenbaum@cherokeecounty-nc.gov]; Dr. Dan [DrDan@DrDanCommissioner.com]; G Westmoreland [gary.westmoreland@cherokeecounty-nc.gov]; Roy Dickey [roy.dickey@cherokeecounty
**Subject:** FW: Hogan Spoliation Request
**Attachments:** spoliation letter pdf.pdf

Just an FYI – appears this will be heading toward a request for settlement/lawsuit.

*Randy*

From: Cindy Palmer
Sent: Friday, December 22, 2017 1:47 PM
To: Randy Wiggins <randy.wiggins@cherokeecounty-nc.gov>; Candy R. Anderson <candy.anderson@cheroke nc.gov>
Subject: FW: Hogan Spoliation Request

For your information.

*Cindy*

From: Melissa Jackson [mailto:melissa_jackson61@yahoo.com]
Sent: Friday, December 22, 2017 11:31 AM
To: Cindy Palmer <cindy.palmer@cherokeecounty-nc.gov>; Scott Lindsay <scott.lindsay@cherokeecounty-nc.
Subject: Hogan Spoliation Request



PLAINTIFF'S EXHIBIT 16

Dear Scott and Cindy,

I represent Brian Hogan as it relates to a "Custody and Visitation Agreement" signed on the 21st day of November 2017. I am sorry to write this to you on the eve of the holiday season and understand if you don't get it in a timely manner. Please accept this letter in anticipation of settlement discussions or litigation. I represent both Brian Hogan and his wife individually and as husband and wife and request all future correspondence or contact involving this incident be directed to me.

Please let this letter serve as a request for your office to take action to preserve any electronically stored information or physical evidence of any kind relating to the incident referenced above or any any other similar such agreements.

I respectfully request your client via your instruction save any information from the file of Hannah Hogan (1/16/2006). Please also preserve any electronic data of any kind dealing with or involving other incidents of the same nature and or agreements. Please preserve any backups, images, records, recordings or other electronic data, data logs, relating to the above incident or incidents of the same nature,

Lastly, I am asking that none of the above requested be modified, destroyed, damaged or lost. I regret this to be our first correspondence and look forward to working with you in the future to resolve this matter and in hopes to assist my client.

Please do not hesitate to contact me at 828-226-6357 (c) Be well and have a safe holiday.

Best,
Melissa A Jackson
David Wijewickrama