# DAVID A. WIJEWICKRAMA, PLLC
ATTORNEY AT LAW

95 DEPOT STREET
*Mailing Address:* 95 DEPOT STREET
WAYNESVILLE, NORTH CAROLINA 28786

DAVID A. WIJEWICKRAMA, Esq.   TELEPHONE: 828-452-5801 ··· FACSIMILE: 828-454-1990

January 4, 2018

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*
*and*
*REGULAR MAIL*

| | | |
|---|---|---|
| Sean Perrin, Esq. | Scott Lindsay, Esq. | Cindy Palmer, Director CCDSS |
| One Wells Fargo Center | 75 Peachtree Street | 4800 W US Hwy 64 |
| Suite 3500 | Murphy, NC 28906 | Murphy, NC 28906 |
| 301 South College Street | | |
| Charlotte, NC 28202-6037 | | |

RE:   SPOILATION LETTER – REQUEST TO PRESERVE EVIDENCE INVOLVING CCDSS

To Whom It May Concern:

    Please let this letter serve as a request for your Office, Cherokee County Government, Cherokee County IT, Cherokee County DSS and any other Cherokee County government office in possession of or having access to any hard copies, paper documents, hard-drives, computers or other electronic devices storing or containing information, correspondence, documents (of any kind in any format), electronic data, texts, e-mails, images, backups, archives, records or recordings -- relating to any "custody and visitation agreements", corresponding writings/communications or any other document relating to non-court ordered placement of a minor child or any other similar agreement as a result of any contact or any involvement by Cherokee County DSS to be and remain, preserved, unaltered, not deleted, or destroyed, or damaged or lost.

    Please call if you have any questions or wish to discuss this matter.

Sincerely,

David A. Wijewickrama, Esq.



PLAINTIFF'S EXHIBIT
19