FILED

STATE OF NORTH CAROLINA 2018 MAR 14 PM 4: IN THE GENERAL COURT OF JUSTICE
CHEROKEE COUNTY  DISTRICT COURT DIVISION
CHEROKEE CO., C.S.C. 18 CVD 0046

MICHAEL MATHEIU, )
    PLAINTIFF, )
)
vs. ) SPOILATION ORDER
)
SHALEES GREENLEE, )
    DEFENDANT, )

THIS MATTER COMING ON TO BE HEARD BY THIS COURT on the 28th day of February, 2018.

The Court heard testimony, received exhibits and took matters under advisement.

Specifically, the Court, upon hearing testimony from David Hughes, Cindy Palmer and Scott Lindsay pursuant to inherent authority, issues the following Order:

The Department of Social Services of Cherokee County, NC and Scott Lindsay shall not destroy, modify, delete, edit, or in any way engage in any conduct affecting any files involving minor children that the Department is currently investigating or has, in the past, investigated, pending a specific order by this Court or a Court of higher authority.

The Department of Social Services of Cherokee County, NC and Scott Lindsay shall not allow anyone, either directly or indirectly, to destroy, modify, delete, edit or in any way engage in any conduct affecting any files involving minor children that the Department is currently investigating or has, in the past, investigated pending a specific order by this Court or a Court of higher authority.

The Department of Social Services of Cherokee County, NC and Scott Lindsay shall preserve all original or duplicate documentation in paper or electronic format of any information related to any current or past investigation involving a minor child pending a specific order by this Court or a Court of higher authority.

Violation of any of these provisions shall be an act of Contempt and shall be heard by this Court accordingly.

THIS, THE 14 day of March, 2018

_____
Honorable Tessa Sellers,
Judge Presiding

PLAINTIFF'S EXHIBIT 20

NCSB #2018-0086
Attachment # 1093-
Page 1 of 1