# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00096-MR-WCM

| | |
|---|---|
| **BRIAN HOGAN, et al,** <br><br> Plaintiffs, <br><br> v. <br><br> **CHEROKEE COUNTY, et al.,** <br><br> Defendants. | **NOTICE OF APPEARANCE FOR NON-PARTY DARRYL R. BROWN** |

PLEASE TAKE NOTICE that Ann-Patton Hornthal of the law firm Roberts & Stevens, P.A. gives her notice of appearance in this case as attorney for Non-Party Darryl R. Brown.

Respectfully submitted this 22nd day of April, 2021.

                                                                          ROBERTS & STEVENS, P. A.

                                      By:   s/Ann-Patton Hornthal
                                                  **ANN-PATTON HORNTHAL**
                                                  N.C. Bar No. 35477
                                                Attorney for Darryl Brown
                                                Post Office Box 7647
                                                Asheville, NC 28802
                                                (828) 258-6815
                                                aphornthal@roberts-stevens.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing *Notice of Appearance* was served upon the all parties in the above entitled action via CM/ECF filing.

THIS the 22nd day of April, 2021.

              ROBERTS & STEVENS, P. A.

             By: s/Ann-Patton Hornthal
                **ANN-PATTON HORNTHAL**
                N.C. Bar No. 35477
                Attorney for Plaintiff
                Post Office Box 7647
                Asheville, NC  28802
                (828) 258-6815
                aphornthal@roberts-stevens.com