UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-96

| | |
|---|---|
| BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both her own behalf and as representative of all unnamed class members who are similarly situated,<br>　　　　　Plaintiffs,<br>vs.<br>CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, et al.,<br>　　　　　Defendants. | **EXHIBIT LIST FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S PAGE AND LINE DESIGNATIONS** |

EXHIBIT 1　　　SUBPOENAS

EXHIBIT 2　　　EXCERPTS FROM *MATHIEU V. GREENLEE* HEARING