UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-96

BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both her own behalf and as representative of all unnamed class members who are similarly situated,
    Plaintiffs,
vs.
CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, et al.,
    Defendants.

**EXHIBIT 1**     **SUBPOENAS**

<mark>AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action</mark>

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| BRIAN HOGAN, et al. <br> *Plaintiff* <br> v. <br> CHEROKEE COUNTY, et al. <br> *Defendant* | Civil Action No. 1:18-CV-96 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Palmer, Cindy

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Courthouse <br> 100 Otis Street, Room 309 <br> Asheville, NC 28801 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 05/10/2021 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/08/2021

*CLERK OF COURT*

OR

_____     /S/ David A. Wijewickrama
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brian Hogan, et al. _____, who issues or requests this subpoena, are:

David A. Wijewickrama, 95 Depot Street, Waynesville, NC 28786
davidwije17@yahoo.com (828) 452-5801

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

<mark>Case 1:18-cv-00096-MR-WCM   Document 101-2   Filed 04/23/21   Page 2 of 4</mark>

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| BRIAN HOGAN, et al.<br>*Plaintiff*<br>v.<br>CHEROKEE COUNTY, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 1:18-CV-96<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Lindsay, R. Scott

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States Courthouse<br>100 Otis Street, Room 309<br>Asheville, NC 28801 | Courtroom No.: 1 |
|---|---|---|
| | | Date and Time: 05/10/2021 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/08/2021

*CLERK OF COURT*

OR

_____     /S/ David A. Wijewickrama
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brian Hogan, et al. _____, who issues or requests this subpoena, are:

David A. Wijewickrama, 95 Depot Street, Waynesville, NC 28786
davidwije17@yahoo.com (828) 452-5801

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| BRIAN HOGAN, et al.<br>*Plaintiff*<br>v.<br>CHEROKEE COUNTY, et al.<br>*Defendant* | ) ) ) ) ) | Civil Action No. 1:18-CV-96 |

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Hughes, David

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: United States Courthouse<br>100 Otis Street, Room 309<br>Asheville, NC 28801 | Courtroom No.: 1<br>Date and Time: 05/10/2021 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/08/2021

*CLERK OF COURT*

OR

/S/ David A. Wijewickrama

*Signature of Clerk or Deputy Clerk*

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brian Hogan, et al.

______________________, who issues or requests this subpoena, are:

David A. Wijewickrama, 95 Depot Street, Waynesville, NC 28786
davidwije17@yahoo.com (828) 452-5801

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).