IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO.: 1:18-CV-96

| | |
|---|---|
| BRIAN HOGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al )<br>)<br>Defendants, )<br>_____ ) | **PLAINTIFFS'**<br>**PROPOSED VERDICT SHEET** |

1. Did Scott Lindsay violate Brian Hogan's procedural due process rights?

    Yes_____        No_____

2. Did Scott Lindsay violate Hannah Hogan's procedural due process rights?

    Yes_____        No_____

3. Did Cindy Palmer violate Brian Hogan's procedural due process rights?

    Yes_____        No_____

4. Did Cindy Palmer violate Hannah Hogan's procedural due rights?

    Yes_____        No_____

5. Did Scott Lindsay violate Brian Hogan's substantive due process rights?

    Yes_____        No_____

6. Did Scott Lindsay violate Hannah Hogan's substantive due process rights?

Yes_____ No_____

7. Did Cindy Palmer violate Brian Hogan's substantive due process rights?

   Yes_____ No_____

8. Did Cindy Palmer violate Hannah Hogan's substantive due process rights?

   Yes_____ No_____

9. Did Cherokee county have and allow a policy, pattern or practice which caused a violation of Brian Hogan's procedural due process rights?

   Yes_____ No_____

10. Did Cherokee county have and allow a policy, pattern or practice which caused a violation of Brian Hogan's substantive due process rights?

    Yes_____ No_____

11. Did Cherokee county have and allow a policy, pattern or practice which caused a violation of Hannah Hogan's procedural due process rights?

    Yes_____ No_____

12. Did Cherokee county have and allow a policy, pattern or practice which caused a violation of Hannah Hogan's substantive due process rights?

    Yes_____ No_____

13. Did Cherokee county fail adequately to train its employees regarding the rights of parents and children and the impropriety of the use of the custody

and visitation agreement signed by Brian Hogan causing a violation of his rights?

Yes_____        No_____

14. Did Cindy Palmer act in a negligent manner causing Brian Hogan injury?

Yes_____        No_____

15. Did Cindy Palmer act in a negligent manner causing Hannah Hogan injury?

Yes_____        No_____

16. Did Cindy Palmer act in a grossly negligent manner causing Brian Hogan injury?

Yes_____        No_____

17. Did Cindy Palmer act in a grossly negligent manner causing Hannah Hogan injury?

Yes_____        No_____

18. Did Scott Lindsay act in a grossly negligent manner causing Brian Hogan injury?

Yes_____        No_____

19. Did Scott Lindsay act in a grossly negligent manner causing Hannah Hogan injury?

Yes_____        No_____

20. Did Scott Lindsay obstruct justice with respect to Brian Hogan?

Yes_____        No_____

21. Did Cindy Palmer obstruct justice with respect to Brian Hogan?

Yes_____        No_____

**IF THE JURY ANSWERED NO TO ALL OF THE ABOVE QUESTIONS, STOP HERE. IF THE JURY ANSWERED YES TO ANY QUESTION, THE JURY SHOULD CONTINUE AND FILL IN THE NEXT TWO BLANKS.**

**THE JURY MUST DETERMINE WHAT AMOUNT OF DAMAGES TO AWARD.**

22. We the jury award compensatory damages to Plaintiff Brian Hogan in the amount of _____.

23. We, the jury, award compensatory damages to Plaintiff Hannah Hogan in the amount of _____.

Respectfully submitted, this the 29th day of April, 2021.

Law Office of David A. Wijewickrama, PLLC

BY:

/s/David A. Wijewickrama  
David A. Wijewickrama  
N.C. State Bar No.: 30694  
95 Depot Street  
Waynesville, NC 28786  
Phone: (828) 777-1812

/s/ Ronald L. Moore  
Ronald L. Moore  
N.C. Bar No.: 9619  
P.O. Box 18402  
Asheville, NC 28814  
Phone: 828-452-5801

Fax: (828) 253-2717
*Attorney for Brian Hogan*

/s/ Melissa Jackson
Melissa Jackson
N.C. State Bar No.: 34013
95 Depot Street
Waynesville, NC 28786
Phone: 828-452-5801
*Attorney for Brian Hogan*

Fax: 828-454-1990
*Attorney for H.H.*

/s/ D. Brandon Christian
D. Brandon Christian
N.C. State Bar No.: 39579
3344 Presson Road
Monroe, NC 28112
Phone :(910) 750-2265
*Attorney for H.H.*

# CERTIFICATE OF SERVICE

This is to certify that on April 29, 2021, a copy of the foregoing PLAINTIFFS' PROPOSED VERDICT SHEET was electronically filed with the Clerk of Court using CM/ECF system, which will send notification to all counsel having made appearances in the case as follows:

Patrick Houghton Flanagan
Virginia Wooten
Cranfill, Sumner & Hartzog, L.L.P.
2907 Providence Road
Charlotte, NC 28230
704-940-3419
704-332-9994 (fax)
phf@cshlaw.com
*Attorney for Defendant Scott Lindsay in his individual capacity*

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College St., Ste 3500
Charlotte, NC 28202
704 331-4992
704 338-7814 (fax)
sean.perrin@wbd-us.com
*Attorney for Defendants Cherokee County, Scott Lindsay in his official capacity only and Cindy Palmer in her official capacity only*

John L. Kubis, Jr
Teague Campbell Dennis & Gorham, LLP
22 South Pack Square, Suite 800
Asheville, NC 28801
828-254-4515
828-254-4516 (fax)
jkubis@teaguecampbell.com
*Attorney for Defendant Cindy Palmer in her individual capacity*

                                              /s/ D. Brandon Christian
                                              D. Brandon Christian
                                              N.C. State Bar No.: 39579

3344 Presson Road
Monroe, NC 28112
Phone :(910) 750-2265
*Attorney for H.H.*