THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00096-MR-WCM

BRIAN HOGAN, et al., )
)
        Plaintiffs, )
)
vs. )
)
CHEROKEE COUNTY, et al., )
)
        Defendants. )
)

## VERDICT SHEET

1. Did the Defendant Scott Lindsay violate the Plaintiff Brian Hogan's procedural due process rights?

   Yes ✓   No ____

   [Proceed to Issue No. 2].

2. Did the Defendant Scott Lindsay violate the Plaintiff H.H.'s procedural due process rights?

   Yes ✓   No ____

   [Proceed to Issue No. 3].

3.  Did the Defendant Cindy Palmer violate the Plaintiff Brian Hogan's procedural due process rights?

    Yes ✓      No ____

    [Proceed to Issue No. 4].

4.  Did the Defendant Cindy Palmer violate the Plaintiff H.H.'s procedural due process rights?

    Yes ✓      No ____

    [Proceed to Issue No. 5].

5.  Did the Defendant Scott Lindsay violate the Plaintiff Brian Hogan's substantive due process rights?

    Yes ✓      No ____

    [Proceed to Issue No. 6].

6.  Did the Defendant Scott Lindsay violate the Plaintiff H.H.'s substantive due process rights?

    Yes ✓      No ____

    [Proceed to Issue No. 7].

7.  Did the Defendant Cindy Palmer violate the Plaintiff Brian Hogan's substantive due process rights?

    Yes ✓   No ___

    [Proceed to Issue No. 8].

8.  Did the Defendant Cindy Palmer violate the Plaintiff H.H.'s substantive due process rights?

    Yes ✓   No ___

    **If you answered "Yes" to any of the Issues above, proceed to Issue No. 9. If you answered "No" to all of the Issues above, skip Issue Nos. 9-13 and proceed instead to Issue No. 14.**

9.  Did the Defendant Cherokee County have an official policy, practice or custom that caused a violation of the Plaintiff Brian Hogan's procedural due process rights?

    Yes ✓   No ___

    [Proceed to Issue No. 10].

10. Did the Defendant Cherokee County have an official policy, practice or custom that caused a violation of the Plaintiff H.H.'s procedural due process rights?

    Yes ✓     No ___

    [Proceed to Issue No. 11].

11. Did the Defendant Cherokee County have an official policy, practice or custom that caused a violation of the Plaintiff Brian Hogan's substantive due process rights?

    Yes ✓     No ___

    [Proceed to Issue No. 12].

12. Did the Defendant Cherokee County have an official policy, practice or custom that caused a violation of the Plaintiff H.H.'s substantive due process rights?

    Yes ✓     No ___

    [Proceed to Issue No. 13].

13. Did the Defendant Cherokee County fail to adequately train its employees resulting in a violation of the Plaintiff Brian Hogan's constitutional rights?

    Yes ✓         No ____

    [Proceed to Issue No. 14].

14. Did the Defendant Scott Lindsay act in a grossly negligent manner causing the Plaintiff Brian Hogan injury?

    Yes ✓         No ____

    [Proceed to Issue No. 15].

15. Did the Defendant Scott Lindsay act in a grossly negligent manner causing the Plaintiff H.H. injury?

    Yes ✓         No ____

    [Proceed to Issue No. 16].

16. Did the Defendant Cindy Palmer act in a grossly negligent manner causing the Plaintiff Brian Hogan injury?

    Yes ✓        No ____

    [Proceed to Issue No. 17].

17. Did the Defendant Cindy Palmer act in a grossly negligent manner causing the Plaintiff H.H. injury?

    Yes ✓        No ____

    [Proceed to Issue No. 18].

18. Did the Defendant Scott Lindsay obstruct justice with respect to Plaintiff Brian Hogan?

    Yes ✓        No ____

    [Proceed to Issue No. 19].

19. Did the Defendant Cindy Palmer obstruct justice with respect to Plaintiff Brian Hogan?

    Yes ____     No ✓

**If you answered "No" to ALL of the Issues above, you are done with your deliberations. Please have your foreperson sign and date this Verdict Sheet and return it to the Court. If you answered "Yes" to ANY of the Issues above, proceed to Issue No. 20.**

20. We the jury award compensatory damages to the Plaintiff Brian Hogan in the amount of $1,500,000.

    [Proceed to Issue No. 21].

21. We the jury award compensatory damages to the Plaintiff H.H. in the amount of $3,100,000.

Your deliberations are now complete. Please have your foreperson sign and date this Verdict Sheet and return it to the Court.

THIS the 13 day of May, 2021.

