UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-96 MR- DLH

**CLERK'S EXHIBIT LIST FOR DEFENDANTS**

BRIAN HOGAN, et al.
    Plaintiffs,
vs.
CHEROKEE COUNTY, et al.
    Defendants.

**DEFENDANTS' EXHIBIT LIST**

| Exhibit | Brief Description | Stipulation Authenticity | Stipulation Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 1. | August 24, 2012, Safety Assessment | | | | | |
| 2. | October 3, 2012, Safety Plan | | | | | |
| 3. | November 14, 2012, Risk Assessment Summary | | | | | |
| 4. | April 19, 2014, Safety Assessment | | | | | |
| 5. | October 30, 2015, Order for Nonsecure Custody | | X | | Sellers | 5/13/21 |
| 6. | October 30, 2015, Affidavit as to Status of Minor Child | | X | | Garret 5/10/2021 | 5/13/21 |
| 7. | October 30, 2015, Juvenile Petition | | | | | |
| 8. | Order on Need for Continued Nonsecure Custody | | X | | Sellers | 5/13/21 |
| 9. | Attachment to Juvenile Petitions dated October 29, 2015 | | | | Garret | 5/13/21 |
| 10. | November 23, 2015, Adjudication Hearing Social Summary | | | | | |
| 11. | Juvenile Order | | | | | |

1

| Exhibit | Brief Description | Stipulation Authenticity | Stipulation Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 12. | January 14, 2016, Adjudication Hearing Social Summary | | | | | |
| 13. | January 14, 2016, Memorandum of Judgment/Order | | | | Sellers | |
| 14. | April 1, 2016, Consent Order Adjudication Hearing | | | | | |
| 15. | April 18, 2016, Investigation and Notes | | | | 5/10/21 Brown | |
| 16. | April 20, 2016, Safety Assessment | | | | | |
| 17. | April - June 2016 Daily Activity Log | | X | | 5/10/21 Brown | 5/13/21 |
| 18. | May 24, 2015, Notes from Mission Hospital | | | | | |
| 19. | May 3, 2016, Safety Assessment | | | | | |
| 20. | May 12, 2016, Safety Assessment | | X | | 5/10/2021 Brown | 5/13/21 |
| 21. | May 12, 2016, Safety Resource Placement Memo of Agreement | | | | | |
| 22. | May 12, 2016, Kinship Care docs | | X | | 5/10/2021 Brown | 5/13/21 |
| 23. | June 3, 2016, Family Risk Reassessment | | X | | Brown | 5/13/21 |
| 24. | July 1, 2016, Consent Form | | | | | |
| 25. | July 1, 2016, Safety Assessment | | X | | Smith | 5/13/21 |
| 26. | July 19, 2016, In Home Family Services Agreement | | X | | Smith | 5/13/21 |
| 27. | July 12, 2016, Safety Assessment | | X | | Smith | 5/13/21 |
| 28. | September 13, 2016, Family Risk Reassessment | | X | | Smith | 5/13/21 |

| Exhibit | Brief Description | Stipulation Authenticity | Stipulation Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 29. | October 21, 2016, Safety Assessment | | X | | Smith | 5/13/21 |
| 30. | June – October 2016 Daily Activity Log | | X | | Brown Smith | 5/13/21 |
| 31. | October 10, 2016, Change of Placement Notification | | X | | Smith | 5/13/21 |
| 32. | Warren Hogan handwritten letter from 17 CVD 649 | | | | | |
| 33. | January 26, 2018, Lauren Cariseo Email | | | | Cariseo Gentry | 5/12/21 |
| 34. | January 25, 2018, NCDHHS CPS Intake Form | | | | | |
| 35. | January 31, 2018, CCDSS Letter to Lauren Gentry | | | | | |
| 36. | October 14, 2016, IEP Reevaluation | | | | | |
| 37. | IEP October 28, 2015 to October 18, 2016 | | | | | |
| 38. | October 14, 2016, Decision of Local Education Agency | | | | | |
| 39. | 2016 and 2017 CC Schools Acknowledgements signed by Warren Hogan | | | | | |
| 40. | May 9, 2017, Decision of Local Education Agency | | | | | |
| 41. | IEP October 21, 2016 to October 13, 2017 | | | | | |
| 42. | October 9, 2017, CC Schools Acknowledgement signed by Warren Hogan | | | | | |
| 43. | 6th Grade Progress Update with IEP Team | | | | | |
| 44. | Cherokee County Schools Attendance Reports | | | | | |
| 45. | CC Schools Parent Contact Documentation 2015-16 | | | | | |

| Exhibit | Brief Description | Stipulation Authenticity | Stipulation Admissibility | Objections | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 46. | November 2, 2015, Notes | | | | | |
| 47. | November 6, 2015, placement agreement | | | | | |
| 48. | Melissa Jackson 11/5/15 Email re custody | | | | | |
| 49. | November 23, 2015, Safety Assessment | | | | Garret 5/10/2021 | |
| 50. | Allison Foster, Ph.D. Expert Report | | | | Foster | 5/13/21 |
| 51. | Allison Foster, Ph.D. CV | | | | Foster | 5/13/21 |
| 52. | Central Registry Victim Incident Display re Hogan/Edmondson/Sneed | | | | | |
| 53. | Julie Higdon November 1, 2017, Email re HH | | | | | |
| 54. | Julie Higdon December 18, 2017, Email re HH reassignment | | | | | |
| 55. | Julie Higdon February 13, 2018, email re HH | | | | | |
| 56. | January 25, 2018, Intake Report | | | | | |
| 57. | March 2, 2018, Intake Report | | | | | |
| 58. | Julie Higdon May 18, 2018, Email re HH Mental Health | | | | | |
| 59. | Andrews Middle School Documents re HH | | X | | Higdon (redacted) | 5/12/21 |
| 60. | October 15, 2019, NCDHHS Letter to DSS County Directors | | | | | |
| 61. | October 25, 2019, NCDHHS Letter to DSS County Directors | | | | | |
| 62. | CPS Intake Screening History | | | | | |

4