IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO.: 1:18-CV-96

| | |
|---|---|
| BRIAN HOGAN, et al., | ) |
| Plaintiffs, | ) |
| | ) **PLAINTIFFS' APPLICATION FOR** |
| v. | ) **ATTORNEYS' FEES** |
| | ) |
| CHEROKEE COUNTY, et al. | ) |
| | ) |
| Defendants, | ) |

NOW COME the Plaintiffs and respectfully move this Honorable Court to award reasonable costs, expenses, and attorneys' fees to them as a "prevailing party" in an action to enforce 42 U.S.C. § 1983 pursuant to 42 U.S.C. § 1988.

1. Plaintiffs are the prevailing parties in this action. The case was called for trial on May 10, 2021. On May 14, 2021, the jury returned a verdict finding defendants Scott Lindsay, Cindy Palmer and Cherokee County liable for multiple claims, including violations of 42 U.S.C. § 1983. The jury awarded damages for Plaintiff Brian Hogan of $1.5 million and for Plaintiff H.H. of $3.1 million. [Doc. 140] The Court entered judgment accordingly on June 21, 2021. [Doc. 147]

2. Plaintiffs' attorneys have expended extensive time and effort in

- 1 -

securing the judgement in this action.

3. Plaintiffs' attorneys have advanced the expenses associated with the prosecution of this action out of their own pockets.

4. Plaintiffs' attorneys' expenses totaled $198,504.79.

5. Plaintiffs' attorneys have advanced the costs associated with this action out of their own pockets.[1]

6. Attorney David A. Wijewickrama recorded the following hours of work expended on the prosecution of this action:

   a. In 2017-2018:    817.15 Hours

   b. In 2019:         467.65 Hours

   c. In 2020:         1,119.65 Hours

   d. In 2021:         762.25 Hours

   e. Total:           3,166.7 Hours

7. Based upon all the relevant factors to be considered, Attorney Wijewickrama contends that he should be compensated at $400.00 per hour for his time expended in this action.

8. Attorney Wijewickrama seeks $1,266,680.00 as a reasonable attorney fee in this action.

9. Attorney Melissa A. Jackson recorded the following hours of work

---

[1] Plaintiffs will file a separate bill of statutorily taxable costs.

expended on the prosecution of this action:

   a. In 2017-2018:    982.65 Hours

   b. In 2019:         495.6 Hours

   c. In 2020:         643.05 Hours

   d. In 2021:         486.65 Hours

   e. Total:           2,607.95 Hours

10. Based upon all the relevant factors to be considered, Attorney Jackson contends that he should be compensated at $400.00 per hour for his time expended in this action.

11. Attorney Jackson seeks $1,043,180.00 as a reasonable attorney fee in this action.

12. Attorney Ronald L. Moore recorded the following hours of work expended on the prosecution of this action:

   a. In 2017-2018:    329.78 Hours

   b. In 2019:         228.85 Hours

   c. In 2020:         246.8 Hours

   d. In 2021:         366.8 Hours

   e. Total:           1,172.23 Hours

13. Based upon all the relevant factors to be considered, Attorney Moore contends that he should be compensated at $400.00 per hour for his

- 3 -

time expended in this action.

14. Attorney Moore seeks $468,892.00 as a reasonable attorney fee in this action.

15. Attorney D. Brandon Christian recorded the following hours of work expended on the prosecution of this action:

    a. In 2017-2018:    120.9 Hours

    b. In 2019:         151.35 Hours

    c. In 2020:         212.8 Hours

    d. In 2021:         344.5 Hours

    e. Total:           829.55 Hours

16. Based upon all the relevant factors to be considered, Attorney Christian contends that he should be compensated at $400.00 per hour for his time expended in this action.

17. Attorney Christian seeks $331.820.00 as a reasonable attorney fee in this action.

18. Joy McIver, as the guardian ad litem expended 139.1 hours in connection with action, and seeks a reasonable fee of $48,724 ($350.00 per hour plus $0.55 per mile as set forth in her billing records).

19. Kelly Boone provided paralegal services and subject matter expertise

- 4 -

Case 1:18-cv-00096-MR-WCM    Document 148    Filed 07/03/21    Page 4 of 8

on behalf of the Plaintiffs in this action. She expended 1,877.25 hours in connection to this action and Plaintiffs seek compensation for her time at $150.00 per hour. Accordingly, Plaintiffs seek $281,587.50 to compensate Ms. Boone for her services in connection with this action.

20. Plaintiffs engage the services of Attorney Susan H. Boyles in connection with this action to assist with the complex issues of insurance, insurance coverage, insurance exceptions, and the immunities related to insurance coverage issues. Plaintiffs incurred $243,266.32 in fees owed to Attorney Boyles and seek that as a reasonable attorney fee in this action.

21. Plaintiffs will file contemporaneously with this application a memorandum of points and authorities.

Wherefore, Plaintiffs respectfully move this Honorable Court tax the Defendants with Plaintiffs' reasonable attorney fees and expenses incurred in connection with this action, and award the Plaintiffs $3,882,654.61 for these expenses and attorneys' fees.

Respectfully submitted, this 3rd day of July, 2021

       Law Office of David A. Wijewickrama, PLLC

BY:

/s/David A. Wijewickrama   /s/ Ronald L. Moore
David A. Wijewickrama    Ronald L. Moore

N.C. State Bar No.: 30694  
95 Depot Street  
Waynesville, NC 28786  
Phone: (828) 777-1812  
Fax: (828) 253 -2717  
*Attorney for Brian Hogan*

/s/ Melissa Jackson  
Melissa Jackson  
N.C. State Bar No.: 34013  
95 Depot Street  
Waynesville, NC 28786  
Phone: 828 -452 -5801  
*Attorney for Brian Hogan*

N.C. Bar No.: 9619  
P.O. Box 18402  
Asheville, NC 28814  
Phone: 828 -452 -5801  
Fax: 828 -454 -1990  
*Attorney for H.H.*

/s/ D. Brandon Christian  
D. Brandon Christian  
N.C. State Bar No.: 39579  
3344 Presson Road  
Monroe, NC 28112  
Phone :(910) 750-2265  
*Attorney for H.H.*

- 6 -

Case 1:18-cv-00096-MR-WCM    Document 148    Filed 07/03/21    Page 6 of 8

# CERTIFICATE OF SERVICE

This is to certify that on July 3, 2021, a copy of the foregoing PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES was electronically filed with the Clerk of Court using CM/ECF system, which will send notification to all counsel having made appearances in the case as follows:

Patrick Houghton Flanagan
Virginia Wooten
Cranfill, Sumner & Hartzog, L.L.P.
2907 Providence Road
Charlotte, NC 28230
704-940-3419
704-332-9994 (fax)
phf@cshlaw.com
*Attorney for Defendant Scott Lindsay in his individual capacity*

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College St., Ste 3500
Charlotte, NC 28202
704 331-4992
704 338-7814 (fax)
sean.perrin@wbd-us.com
*Attorney for Defendants Cherokee County, Scott Lindsay in his official capacity only and Cindy Palmer in her official capacity only*

John L. Kubis, Jr
Teague Campbell Dennis & Gorham, LLP
22 South Pack Square, Suite 800
Asheville, NC 28801
828-254-4515
828-254-4516 (fax)
jkubis@teaguecampbell.com
*Attorney for Defendant Cindy Palmer in her individual capacity*

                                            /s/ D. Brandon Christian
                                            D. Brandon Christian

- 7 -

Case 1:18-cv-00096-MR-WCM    Document 148    Filed 07/03/21    Page 7 of 8

N.C. State Bar No.: 39579
3344 Presson Road
Monroe, NC 28112
Phone :(910) 750-2265
*Attorney for H.H.*