IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO.: 1:18-CV-96

| BRIAN HOGAN, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | **INDEX OF EXHIBITS TO** |
| v. | ) | **PLAINTIFFS' APPLICATION FOR** |
| | ) | **ATTORNEYS' FEES** |
| CHEROKEE COUNTY, et al. | ) | |
| Defendants, | ) | |

NOW COME the Plaintiffs provide this list of Exhibits that have been filed as attachments to Plaintiffs' application for attorneys' fees and expenses.

1. Declaration of Attorney David Wijewickrama. This sworn declaration includes Attorney Wijewickrama's timesheets as well as the list of expenses claimed and receipts and documentation pertaining to those expenses.

2. Declaration of Attorney Melissa Jackson. This sworn declaration includes Attorney Jackson's timesheets.

3. Declaration of Attorney Ronald L. Moore. This sworn declaration includes Attorney Moore's timesheets.

4. Declaration of Attorney D. Brandon Christian. This sworn

- 1 -

declaration includes Attorney Christian's timesheets.

5. Declaration of Kelly Boone. This sworn declaration includes Ms. Boone's timesheets.

6. Timesheet of Joy McIver.

7. Invoice from Kilpatrick Townsend

8. Affidavit of Dan Taylor. Affidavit created by an expert attorney reviewing Plaintiffs'' records supporting this application.

9. Affidavit of John Cloninger. Affidavit created by expert attorney reviewing Plaintiffs' records supporting this application.

Respectfully submitted, this 3rd day of July, 2021

        Law Office of David A. Wijewickrama, PLLC

BY:

| | |
|---|---|
| /s/David A. Wijewickrama | /s/ Ronald L. Moore |
| David A. Wijewickrama | Ronald L. Moore |
| N.C. State Bar No.: 30694 | N.C. Bar No.: 9619 |
| 95 Depot Street | P.O. Box 18402 |
| Waynesville, NC 28786 | Asheville, NC 28814 |
| Phone: (828) 777-1812 | Phone: 828-452-5801 |
| Fax: (828) 253-2717 | Fax: 828-454-1990 |
| *Attorney for Brian Hogan* | *Attorney for H.H.* |
| | |
| /s/ Melissa Jackson | /s/ D. Brandon Christian |
| Melissa Jackson | D. Brandon Christian |
| N.C. State Bar No.: 34013 | N.C. State Bar No.: 39579 |
| 95 Depot Street | 3344 Presson Road |
| Waynesville, NC 28786 | Monroe, NC 28112 |

Phone: 828-452-5801   Phone :(910) 750-2265
*Attorney for Brian Hogan*   *Attorney for H.H.*

# CERTIFICATE OF SERVICE

This is to certify that on July 3, 2021, a copy of the foregoing PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES was electronically filed with the Clerk of Court using CM/ECF system, which will send notification to all counsel having made appearances in the case as follows:

Patrick Houghton Flanagan
Virginia Wooten
Cranfill, Sumner & Hartzog, L.L.P.
2907 Providence Road
Charlotte, NC 28230
704-940-3419
704-332-9994 (fax)
phf@cshlaw.com
*Attorney for Defendant Scott Lindsay in his individual capacity*

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College St., Ste 3500
Charlotte, NC 28202
704 331-4992
704 338-7814 (fax)
sean.perrin@wbd-us.com
*Attorney for Defendants Cherokee County, Scott Lindsay in his official capacity only and Cindy Palmer in her official capacity only*

John L. Kubis, Jr
Teague Campbell Dennis & Gorham, LLP
22 South Pack Square, Suite 800
Asheville, NC 28801
828-254-4515
828-254-4516 (fax)
jkubis@teaguecampbell.com
*Attorney for Defendant Cindy Palmer in her individual capacity*

                                              /s/ D. Brandon Christian
                                              D. Brandon Christian

- 4 -

Case 1:18-cv-00096-MR-WCM   Document 148-1   Filed 07/03/21   Page 4 of 5

N.C. State Bar No.: 39579
3344 Presson Road
Monroe, NC 28112
Phone :(910) 750-2265
*Attorney for H.H.*