IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO.: 1:18-CV-96

|  |  |
|---|---|
| BRIAN HOGAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| CHEROKEE COUNTY, et al | ) |
| Defendants, | ) |

**DECLARATION OF ATTORNEY
RONALD L. MOORE IN
SUPPORT OF PLAINTIFFS'
APPLICATION FOR AWARD OF
ATTORNEYS FEES
(42 U.S.C. § 1988)**

NOW COMES, the undersigned attorney, Ronald L. Moore, and makes the following declaration to the Court, being first duly sworn, in support of Plaintiffs' application under 42 U.S.C. § 1988 for the Court to tax Defendants Cindy Palmer, Scott Lindsay, and Cherokee County with the reasonable attorney's fees incurred in the prosecution of the above titled action.

1. I am an attorney, licensed to practice in the State of North Carolina since April 1981.

2. I am admitted to practice before the State Courts of North Carolina and the United States District Court for Western District of North Carolina.

3. During my 40 years practicing law I have practiced in criminal and civil court, and have extensive experience litigating complex litigation at the trial

- 1 -

level. I have also served as a part time Town Attorney and as an interim Town Manager and have developed some familiarity of the issues surrounding municipal liability.

4. I had a general civil and criminal trial practice for the first 9 ½ years during which I handled everything from Juvenile cases to Capital murder. I tried cases in both State and Federal Court. During this time I also prevailed on an Unfair and Deceptive Trade Practice claim under Chapter 75 of the North Carolina General Statutes.

5. I was elected District Attorney at age 35 for the 28th Prosecutorial District in 1990 which consisted of Buncombe County. I took office on January 1, 1991 and served 6 terms for a total of 24 years.

6. As District Attorney I handled primarily Capital cases and Drug cases. Of the 13 Capital cases I tried 8 were given a death sentence. One 2 year long drug investigation resulted in the indictment of over 30 individual defendants and the leader pleading guilty in the middle of trial to CCE (continuing criminal enterprise) and receiving a life sentence which I believe was the first life sentence in the State of North Carolina for CCE. I managed this investigation from the beginning and the file was several thousand pages.

- 2 -

7. I have served as attorney for the Town of Hot Springs, NC for the past 5 years and have learned about municipal liability. I also served as interim Town Manager for Black Mountain, NC for 4 ½ months several years ago.

8. It is my opinion, based upon my experience, observation, and information, that attorneys in the Asheville, NC area, where I am based, customarily charge between $400 and $750 per hour for complex litigation work depending on the type of case and experience of the attorney.

9. In the past, I customarily charge $350-$400 per hour for complex litigation and trials or a contingency fee. My hourly rate based on my experience for this case is $400/hr.

10. I maintain billing records by noting the start and stop time of work on a given matter. If I am unable to make contemporaneous notes (such as receiving a phone call while driving) I attempt to reconstruct that time by consulting with phone records after the fact.

11. If I am unable to substantiate work on a case with some record or other contemporaneous notation, then I do not charge for that time. I do not believe a day has gone by in the past 3 ½ years that I have not thought about this case. When first contacted about this case and reviewed the facts I thought it was one of the most egregious matters I had come across in a civil context.

- 3 -

12. In December of 2017, Attorney David J. Wijewickrama asked me to join with a group of Attorneys who would be able to provide adequate representation to Plaintiffs Brian Hogan and H.H., as well as other persons who had been harmed by Cherokee County's use of Custody and Visitation Agreements (commonly referred to as CVAs) to violate their constitutionally protected civil rights. I have been involved with his firm since 2017 in an of counsel basis for several matters since in complex matters.

13. I was asked to join the litigation team because of my extensive trial experience having tried numerous jury trials in State and Federal Court in Western North Carolina and experience with taking large amounts of discoverable material and preparing them for trial (as I did on numerous occasions as District Attorney in Buncombe County). I was asked to serve as trial counsel and did in fact serve as one of the lead trial counsel in this matter.

14. In September of 1997 I was Appointed by Governor Jim Hunt to serve on the Governor's Commission on Juvenile Crime and Justice which was charged with conducting a thorough and comprehensive review of the NC Juvenile Justice system in NC. The report of the Commission in March 1998 contained 61 recommendations most of which were passed into law by the NC General Assembly that year in Chapter 7B of the North Carolina General

-4-

Statutes with an effective date of July 1, 1999. The law of 7B was the basis of much of the complaint, discovery, trial prep and the trial itself in this case, since it provides the only procedure by which children may be permanently removed from their parents in NC and in this case the Custody and Visitation Agreement (CVA) was used by defendants to circumvent the constitutional rights and protections the plaintiffs are entitled to.

15. I was engaged in December of 2017 and asked to appear on behalf of and represent the Plaintiffs.

16. I assisted with legal research and drafting and repeated conferences and editing of the complaint in the above captioned action as well as the numerous documents involved in this matter.

17. We carefully researched and investigated the filing of this matter, researched class actions and conducted discovery as it related to the unlawful conduct undertaken by the Defendants in more than 2 dozen cases.

18. Based upon the information that I received between December of 2017 and the filing of the Complaint in this action on March 14, 2018, I reasonably believed that there were issues of law and fact common to the claims of all parents and children separated from each other by the Defendants' use of a Custody and Visitation Agreement or substantively similar document ("CVA").

- 5 -

19. I also believed there was a good faith argument that a class determination, at least to resolve the issues surrounding liability, would be superior to any other form of litigation for judicial management purposes, and any discrepancies in damages incurred could be addressed by individualized damage proceedings, A putative class action was sought under Fed. R. Civ. P. 23 and I participated in the drafting and editing of the Complaint in this matter accordingly.

20. Following the filing of the Complaint, I continued to provide legal research and analysis to the team of attorneys who worked on this matter up to and through the trial.

21. Upon removal of this action from state court to this Court, and the filing of a partial motion to dismiss, our team performed legal research, analysis, and drafted Plaintiffs' response in opposition to the defendant's motions throughout the pre-trial process.

22. While the motion to dismiss was pending before the Court, our team continued to work on additional research and information needed, regarding class discovery and the class certification process, to better prepare for discovery, both on behalf of the individual plaintiffs as well as members of the putative class.

-6-

23. Upon receipt of the Magistrate Judge's Memorandum and Recommendation regarding Defendants' Partial Motion to Dismiss, our team prepared Plaintiffs' objections to the same and as a team member, provided guidance and direction as needed.

24. Following the Court's final resolution of that Motion and the issuance of the Court's Show Cause Order regarding the unnamed Defendants, I consulted with our team of Attorneys and participated in the drafting and editing of a proposed amended complaint.

25. I assisted in the drafting of the Plaintiffs' motion for leave to file an amended complaint, memorandum of law in support, and the Plaintiffs' reply in support and when the Magistrate Judge Ordered supplemental briefing, our team researched and prepared Plaintiffs' supplemental briefing.

26. Once leave to amend was denied and all Defendants had answered and the Court issued its Case Management Order, we worked on discovery and continued to research, draft and file motions as needed.

27. During discovery, the attorneys continued to research whether the putative class members' claims could be adequately represented in this litigation.

28. Ultimately, in light of the Court's ruling on Plaintiffs' motion to amend their complaint and add additional Plaintiffs citing Rule 20, and the factual differences in damages incurred by each putative class member, Plaintiff's

- 7 -

counsel elected to dismiss the class allegations of the action and proceed to trial accordingly.

29. Even so I believe the investigation of the class certification process was a reasonable and necessary part of the prosecution of the claims at issue in this very complex action. The class allegations and discovery conducted in support of those allegations materially advances Plaintiffs' theories of liability, particularly those regarding the liability of the Defendant County for having a unconstitutional policy, practice, or custom and the extent of the use of CVAs.

30. I participated in 10 of the depositions by prepping, attending and/or conducting some and assisting on others. Since 2 of the defendants are under Indictment a lot of preparation went into framing questions for their depositions since it was suspected that they would take the 5th at the deposition(which they did). Portions of their depositions were used at trial and the Court instructed the jury that they could, but were not required, draw a negative inference from failure to answer the deposition questions. The time spent prepping paid off at trial.

31. Following the conclusion of discovery, we participated in the mediation process for this action which actually involved 2 meetings. The first was

- 8 -

held in Charlotte for the mediator to learn about the case and meet the attorneys and the second actual mediation which was held in Waynesville.

32. We researched, prepared, revised and filed Plaintiffs' motion for partial summary judgment, and the attendant motions to seal, and Plaintiffs' reply in support.

33. We prepared and filed Plaintiffs' responses in opposition to Defendants' motions for summary judgment.

34. Our litigation team began preparing for trial of this action when counsel identified the existence of crucial missing documents that were not produced in discovery even though over 30,000 pages had been previously produced. Ultimately it was necessary to draft and file a motion for sanctions for failing to produce those documents.

35. Our team worked on a motion to continue the trial and conduct subsequent discovery.

36. I participated fully in the trial preparation process and assisted the other attorneys in preparation of the trial witnesses, trial exhibits, pretrial documents, trial coordination and case management.

37. I also participated in 3 mock jury exercises in preparation for trial.

38. As a member of our litigation team, I assisted in the drafting of the Plaintiffs' trial brief that was filed with all the other pretrial filings by the Plaintiffs.

- 9 -

39. In addition to my direct work on aspects of this litigation, I provided guidance and direction to co-counsel in preparation and execution of the pre-trial and trial issues. The discovery produced massive amounts of information as well as the SBI report of approximately 1400 pages.

40. I participated in all pretrial hearings in this matter, including an electronic hearing convened by the Magistrate Judge, the Court's status conference, and the final pretrial conference.

41. Along with our team, I fully participated in the four day jury trial of this matter including jury selection, opening argument, examination of witnesses including the plaintiff parent and the expert who provided expert testimony on his behalf, cross-examination of defense witnesses and closing argument.

42. At all times throughout this action, I continued to research and prepare for all legal issues that were reasonably anticipated that were brought up by the Defendants as well as ensuring that we would be prepared to discuss legal issues that might arise throughout the course of this litigation. All of the team members had many discussions about being ready for any questions the court might have on factual or legal issues.

43. At all times, we circulated drafts of all documents that were drafted and revised based upon co-counsel's feedback. This collaborative drafting process was not duplicative, but rather ensured that the documents filed with

- 10 -

the Court were complete, concise, and necessary. I believe the work product filed with the court reflect the amount of work put into each document and reflect and extraordinarily high level of framing the issues and supporting the plaintiffs' position with high level legal arguments.

44. All of the work described in this declaration was reasonably necessary to advance the litigation on behalf of the Plaintiffs.

45. None of my work on this case was cumulative or duplicative of the work of any other attorney for the Plaintiffs.

46. I have attached billing records that I have maintained in the matter. I swear that the billing records are true and complete to the best of my knowledge as I am able to support and justify them. I further aver that any errors or omissions favor not recording hours.

47. I incorporate those billing records as though fully set forth herein, and adopt them as part of this Declaration.

48. The written paragraphs of this declaration are not intended to convey the full extent of my work in this action, but rather to serve as a summary. The complete billing records that I have attached describe the full extent of the work I performed in this action.


Further declarant sayeth not.

- 11 -

This /st day of June, 2021.

_Ronald L. Moore_ (signature)

Ronald L. Moore

STATE OF NORTH CAROLINA

COUNTY OF BUNCOMBE

I, the undersigned notary public, do hereby certify that the above signed affiant did appear personally before me and (being known to me or having produced sufficient evidence of identification) did execute the foregoing affidavit for the purposes stated therein.

This 1 day of June, 2021.

_Sharon J. Gates_ (signature)

Notary Public:

1/20/25

My commission expires:

(SEAL)

Sharon J. Gates
NOTARY PUBLIC
Buncombe County, NC

- 12 -

| Case Name | HOGAN | | |
|---|---|---|---|
| *Date* | *Task Description* | *Hours Worked* | *Fee (Hourly Rate x Hours Worked)* |
| 12/21/17 | NCDHHS letter to all county DSS directors from Lisa Cauley re PRIVATE CUSTODY AGREEMENTS | 0.1 | $40.00 |
| 12/28/17 | 8 EMAILS WIJE REF PRR/SPOLIATION | 2 | $800.00 |
| 12/29/17 | email/review gross negligence | 0.5 | $200.00 |
| 12/29/17 | EMAIL WIJE REF COMPLAINT PREP | 1.25 | $500.00 |
| 1/1/18 | EMAIL REF 1983 CASE LAW | 1 | $400.00 |
| 1/1/18 | EMAIL REF 1983 CASE LAW | 0.25 | $100.00 |
| 1/3/18 | EMAIL WIJE REF D GARRETT STMT | 0.5 | $200.00 |
| 1/4/18 | 4 EMAILS WIJE REF CLIENT INTAKE FORMS | 0.5 | $200.00 |
| 1/7/18 | EMAIL WIJE REF CLASS ACTION | 1.25 | $500.00 |
| 1/7/18 | EMAIL REF 1983 CASE LAW | 2 | $800.00 |
| 1/10/18 | REVIEW FIRST ROUGH DRAFY COMPLAINT | 6 | $2,400.00 |
| 1/11/18 | EMAIL WIJE STATE V FED REMEDIES /REVIEW | 2 | $800.00 |
| 1/11/18 | WIJE/PREP DAY | 7.5 | $3,000.00 |

| | | | |
|---|---|---|---|
| 1/12/18 | EMAIL REF GREENLEE DEC ACTION | 0.25 | $100.00 |
| 1/12/18 | REV 3 EMAILS REF SPOLIATION | 0.25 | $100.00 |
| 1/17/18 | 4 EMAILS WIJE WEF 1983 ACTIONS | 1 | $400.00 |
| 1/18/18 | 3 EMIALS WIJE REF FED CASE LAW | 0.5 | $200.00 |
| 1/19/18 | 9 EMAILS REF CASE LAW | 2 | $800.00 |
| 1/20/18 | EMAIL WIJE REF DAMAGES CASE LAW | 0.5 | $200.00 |
| 1/21/18 | EMAIL WIJE 1983 PRIMER TO ADDRESS CONST. VIOLATIONS | 0.5 | $200.00 |
| 1/24/18 | EMAIL FROM MELISSA -- CVA LIST/REVIEW | 0.25 | $100.00 |
| 1/24/18 | EMAIL REF DEC ACTION ROUGH DRAFT/REVIEW --Matthieu v. Greenlee Cherokee County Dist. Ct.  Our client is Shalees Greenlee | 3 | $1,200.00 |
| 1/25/18 | emails dec action rough, case law, guardian complaint | 0.5 | $200.00 |
| 1/25/18 | 2 EMAILS REF COMPLAINT/REVIEW IN GREENLEE | 0.5 | $200.00 |
| 1/31/18 | 3 EMAILS REF ROUGH DRAFT motion to quash  2.1 language | 1 | $400.00 |
| 1/31/18 | Conf call- CCDSS Answer language to include | 0.6 | $240.00 |
| 2/1/18 | Conf with DW, RM, BC | 0.6 | $240.00 |
| 2/1/18 | Conference DW MJ and BC | 1.4 | $560.00 |

| 2/1/18 | 5 EMAILS REF 1983/FED RULES | 1.5 | $600.00 |
|--------|----------------------------------------------------------------------|------|-----------|
| 2/1/18 | Conf Call - Draft of Complaint | 1.4 | $560.00 |
| 2/1/18 | Conf Call -burden of proof in civi; cases;CCDSS PJI | 0.2 | $80.00 |
| 2/1/18 | Conf Call - complaint;burden of proof | 0.3 | $120.00 |
| 2/2/18 | Telephone Conf DW - Case plan | 0.75 | $300.00 |
| 2/2/18 | 2 EMAILS REF CASE LAW/REVIEW | 0.5 | $200.00 |
| 2/2/18 | Conf Call- complaint edited draft | 0.3 | $120.00 |
| 2/2/18 | Telephone conf DW Case Plan | 0.75 | $300.00 |
| 2/4/18 | PJI 1 and PJI 2 CCDSS email, review and respond, emails on damages, class action | 0.5 | $200.00 |
| 2/4/18 | 9 EMAILS REF CHAPTER 7B DSS CASE LAW | 2.5 | $1,000.00 |
| 2/5/18 | Hogan focus group draft 1, DSS retainer | 0.75 | $300.00 |
| 2/5/18 | Review MJ Caseflow Summaries; Reading Cases | 1.5 | $600.00 |
| 2/6/18 | Reading /Strategy | 2.5 | $1,000.00 |
| 2/7/18 | Meeting Prep | 1.5 | $600.00 |
| 2/8/18 | meeting with MJ and RM to discuss hearing/complalint/focus group/DJ/strategy | 5.5 | $2,200.00 |

| | | | |
|---|---|---|---|
| 2/9/18 | Dec Judgment edits | 0.5 | $200.00 |
| 2/9/18 | Meeting DW - Asheville(Arrowood Office) | 0.5 | $200.00 |
| 2/9/18 | 9 EMAILS REF DHHS MANUALS/REVIEW MATERIAL | 2.75 | $1,100.00 |
| 2/10/18 | EMAIL REF PRR/CHEROKE COUNTY | 0.25 | $100.00 |
| 2/11/18 | Prep for 2/28 hearing | 2.5 | $1,000.00 |
| 2/11/18 | 2 EMAILS REF FOCUS GROUP RESEARCH/REVIEW | 1 | $400.00 |
| 2/12/18 | Law File Research | 2.5 | $1,000.00 |
| 2/12/18 | 8 EMAILS REF CASE LAW/GREENLEE/PRR to Cherokee County | 1 | $400.00 |
| 2/13/18 | Telephone Conf DW and MJ | 0.5 | $200.00 |
| 2/13/18 | 5 EMAILS REF CASE LAW/REV--2nd subpoena/public records to Che | 2 | $800.00 |
| 2/13/18 | | | |
| 2/14/18 | Review DEC Jdgment Complaint;Review law; Telephone Conf DW and MJ | 2.25 | $900.00 |
| 2/15/18 | Review Doc from DW for Focus Group,Director of CPS duty, and ins cov. | 3 | $1,200.00 |
| 2/15/18 | 3 EMAILS REF GREENLEE COMPALINT/CASE LAW | 1 | $400.00 |
| 2/16/18 | REVIEW FIANL NEUTRAL FOCUS GROUP | 2 | $800.00 |

| | | | |
|---|---|---|---|
| 2/16/18 | 8 EMAILS REF CLASS ACTION/PUNITIVE DAMAGES | 1 | $400.00 |
| 2/17/18 | 1983 Review | 2 | $800.00 |
| 2/17/18 | 3 EMAILS REF CASE LAW | 0.5 | $200.00 |
| 2/18/18 | TC DW; Case Review sent by DW; Greenlee Hearing Prep | 4.25 | $1,700.00 |
| 2/18/18 | 2 EMAILS REF JUDGE LESILIE AFF | 0.25 | $100.00 |
| 2/19/18 | Review Judge Leslie Aff | 0.75 | $300.00 |
| 2/20/18 | greenlee email | 0.2 | $80.00 |
| 2/20/18 | Email DW;Review 1983;Prep for Donnie Cox; | 3.75 | $1,500.00 |
| 2/21/18 | Rev draft memo for Dec Judgement; TC MJ | 3.5 | $1,400.00 |
| 2/21/18 | EMAIL REF DEC ACTION--Memo of law 10 pages | 0.25 | $100.00 |
| 2/22/18 | Prep Donnie Cox Call; TC Cox, DW and BC; TC BCDJJ Employees | 0.5 | $200.00 |
| 2/22/18 | CONF CALL -1983 ,damages | 2 | $800.00 |
| 2/22/18 | E EMAILS REF CASE LAW WDNC recent 1983 case v. Sheriff's Dept. | 1 | $400.00 |
| 2/23/18 | DSS Manual Revew sent to me by Buncombe County DSS Director; TC DW | 2.25 | $900.00 |
| 2/24/18 | Hearing Prep for 2/28;Reading DSS Policy Manual | 4.5 | $1,800.00 |

| 2/25/18 | EMAIL REF 1983 FAIL TO TRAIN CASE LAW/REVIEW | 2.5 | $1,000.00 |
|---------|-----------------------------------------------|------|-----------|
| 2/26/18 | Prep for 2/28 hearing; TC with Cocounsel DW, MJ, BC | 6.5 | $2,600.00 |
| 2/26/18 | REVIEW OF DEC ACTION PROPOSED ORDER/6 EMAILS | 1 | $400.00 |
| 2/27/18 | TC DW, MJ, BC, RM prep for Greenlee 2/28 hearing in Cherokee Count | 1.8 | $720.00 |
| 2/28/18 | Left and return to Asheville Murphy 6am-7:45pm  Prior to court and lunch conferences | 13.75 | $5,500.00 |
| 3/1/18 | organize files after hearing;TC with DW; Prep for Client meeting in Murphy on 3/2/2018.  Rading DHHS manual | 3.25 | $1,300.00 |
| 3/2/18 | Meeting with clients in Murphy with MJ -Dyer and Hogan | 12 | $4,800.00 |
| 3/4/18 | Read and answer emails re: greenlee; Research; Reading law review Draftycomplaint | 4.5 | $1,800.00 |
| 3/5/18 | 8 emails affidavits, policies, law director and transfer of children, CCDSS policy | 1 | $400.00 |
| 3/5/18 | DSS Manual review; | 2.5 | $1,000.00 |
| 3/5/18 | 2 EMAILS REF CHP 7 B | 1 | $400.00 |
| 3/6/18 | 2 EMAILS REF DEF'S DISCLOSURE CVAS | 0.25 | $100.00 |
| 3/7/18 | emails - CCDSS order to release record, preservation letter, engagement le | 0.5 | $200.00 |
| 3/7/18 | emails; TC DW | 0.75 | $300.00 |
| 3/7/18 | 3 EMAILS REF CASE LAW ETC | 1 | $400.00 |

| 3/8/18 | Hogan File review; Greenlee Hearing Transcript | 2.5 | $1,000.00 |
|---|---|---|---|
| 3/8/18 | 15 EMAILS REF DSS BILLING/DAYSHEETS Review of 32 page ove | 1.5 | $600.00 |
| 3/9/18 | Case Management Plan with DW and MJ;Child Welfare info for conf with MJ | 3 | $1,200.00 |
| 3/9/18 | 3 EMAILS REF 1983 V NEGLIGENCE | 1.25 | $500.00 |
| 3/10/18 | TC DW; Cindy Palmer Texts; BC latest complaint review; deliberate indifference -1983 | 2.75 | $1,100.00 |
| 3/10/18 | RESEARCH DAY SHEETS/BILLING | 3 | $1,200.00 |
| 3/11/18 | Rev Scott Lindsay CVAs brought to 2/28 hearing in response to our subpoena | 0.75 | $300.00 |
| 3/11/18 | EMAIL/REVIEW REDLINED COMPLAINT | 3 | $1,200.00 |
| 3/12/18 | Info from MJ re DSS | 2.5 | $1,000.00 |
| 3/12/18 | 19 EMAILS REF DSS POLICY/REVIEW Multiple attachments to email | 4 | $1,600.00 |
| 3/13/18 | Hogan Complaint Review | 1.5 | $600.00 |
| 3/13/18 | EMAIL REVIEW COMPLAINT | 2 | $800.00 |
| 3/14/18 | MJ info Review | 0.5 | $200.00 |
| 3/14/18 | 3 EMAILS REF CASE LAW and filing of complaint | 1.3 | $520.00 |
| 3/15/18 | DW and Ronnie M Emails; abuse and neglect reports, speaking to press on CCDSS | 0.5 | $200.00 |

RON MO__E

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/15/18 | 2 EMAILS REF SUBPOENAS FOR PHONE RECS | 0.5 | $200.00 |
| 3/16/18 | emails- GAL order, protective order, dec judgment, resprctive motion, sub | 0.5 | $200.00 |
| 3/16/18 | Interstate compact Review | 1 | $400.00 |
| 3/16/18 | 3 3MAILS REF DISCOVERY REVIEW | 2 | $800.00 |
| 03/16/18 | Correspondence with SB and co-counsel regarding suggested strategy on serving discovery; telephone conference with client regarding State's | 1.20 | $480.00 |
| 3/17/18 | 7 EMAILS REF CHP 7 B POLICY | 2 | $800.00 |
| 3/18/18 | Telephone conf DW, MJ, RM, BC | 1.2 | $480.00 |
| 3/18/18 | Discovery Review; TC DW, MJ Rev Case law | 1.5 | $600.00 |
| 3/19/18 | TC cocounsel - DW, MJ, BC | | $400.00 |
| 3/19/18 | EMAIL REF DISCOVERY with suggestions for additions to RFD | 0.25 | $100.00 |
| 3/20/18 | CVA Review 20 plus | 1 | $400.00 |
| 3/20/18 | 7 EMAILS REF DISCOVERY CLASS ACTION REVIEW | 1 | $400.00 |
| 3/21/18 | Collateral estoppel?  -Greenlee - case law | 1.5 | $600.00 |
| 3/21/18 | 5 EMAILS REF CLASS ACTION FEDERAL DISCOVERY tasked wi | 2 | $800.00 |
| 3/22/18 | Telephone conf DW, MJ, RM, BC--class action--removal | 0.8 | $320.00 |

| | | | |
|---|---|---|---|
| 3/22/18 | emails - CCDSS final discover, RPOD ROGS, Protective order,verizon r | 0.5 | $200.00 |
| 3/22/18 | TC cocounsel - DW, MJ, BC | 0.75 | $300.00 |
| 3/22/18 | Expert - Raley review and emails | 0.75 | $300.00 |
| 3/22/18 | Telephone conf DW, MJ, RM, BC | 0.8 | $320.00 |
| 3/24/18 | TC DW | 0.33 | $132.00 |
| 3/25/18 | Class Action caselaw reading; | 2 | $800.00 |
| 3/25/18 | 2 EMAILS REF SPOLIATION IMPACT FED CASE | 1 | $400.00 |
| 3/26/18 | TC DW; Reading - class Action , Law Manuals | 2.25 | $900.00 |
| 3/27/18 | Waynesville and Murphy - Clients and Attorney Z Mckinney DW and MJ | 11 | $4,400.00 |
| 3/28/18 | TC with DW and MJ Several; CVA Review | 0.75 | $300.00 |
| 3/29/18 | PC RM DW x3; | 1.5 | $600.00 |
| 3/29/18 | Conf call DW, MJ, RM, BC- number of CVA's involved case law that a | 1 | $400.00 |
| 3/30/18 | Murphy - Godbold--met in Andrews/ Jail - withMJ | 8.75 | $3,500.00 |
| 4/2/18 | EMAIL REF TSA/REVIEW DHHS POLICY | 1 | $400.00 |
| 4/3/18 | Cherokee Cty----State took over CCDSS announcement | 0.25 | $100.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/4/18 | emails- final complaint, gal order, protective order, dec judgment, respecti | 0.5 | $200.00 |
| 4/6/18 | 2 EMAILS REF UPDATED LIST OF CURRENT CLIENTS | 0.25 | $100.00 |
| 4/8/18 | Review Client List | 0.25 | $100.00 |
| 4/12/18 | notes from lawsuit ;TC Davidx3 and Keithx2;new CVA list from MJ | 0.6 | $240.00 |
| 4/13/18 | 3 EMAILS REF FED SUIT/ATTORNEYS | 0.25 | $100.00 |
| 4/14/18 | emails from 4/13 and 4/14-hoganvs cc, def counsel, federal court/state ord | 1.2 | $480.00 |
| 4/15/18 | Reading - class action cases and info on collateral estoppal | 2.5 | $1,000.00 |
| 4/16/18 | TC DW caselaw | 0.25 | $100.00 |
| 4/17/18 | TC DW caselaw | 0.3 | $120.00 |
| 4/18/18 | Review of Motion to Dismiss by Defs;Mem of law in support; TC DW | 2.45 | $980.00 |
| 4/19/18 | Emails - Re Fed Law on Child Welfare; PRR | 2.5 | $1,000.00 |
| 4/20/18 | Review Lindsay 27 page answer; emails Social Serv reading;  Review DSS Director duties and responsibilities | 2.5 | $1,000.00 |
| 4/20/18 | CONF CALL --Lindsay answer  MTD by Defs | 2 | $800.00 |
| 4/20/18 | EMAILS-Director duties; Verizon Subp | 0.5 | $200.00 |
| 4/20/18 | REVIEW LINDSAY ANSWER--1983--Policymaker --scope of duty | 2.5 | $1,000.00 |

RON M E

| 4/21/18 | Review NCGS 7B; Cases on 7B | 2.25 | $900.00 |
| 4/22/18 | TC DW;Answer of Lindsay | 0.25 | $100.00 |
| 4/23/18 | TC DW; Review Coding for DSS time/Billing Sources and how to find | 0.5 | $200.00 |
| 4/24/18 | emails attached-- mol in support of Defs MTD----105 pages | 4 | $1,600.00 |
| 4/28/18 | 4 EMAILS REF PALMER ANSWER | 1 | $400.00 |
| 4/29/18 | 3 EMAILS REF RESPONSE IN OPP TO MTD | 1 | $400.00 |
| 5/1/18 | emails - 3rd draft hogan vs CC, response in opposition, final drafts of both, | 0.4 | $160.00 |
| 5/1/18 | Plaintiff response - review motion - 10 page letter NCCDHS (Becketts) to Cherokee County re NCDHHS findings | 1.25 | $500.00 |
| 5/2/18 | NCDHHS Letter of March 30, 2018, DSS Regulation Review | 1.75 | $700.00 |
| 5/3/18 | Greenlee Summ Judg Order by Judge Sellers | 2 | $800.00 |
| 5/3/18 | Conf Call  team conf call to discuss DHHS letter to DSS, draft of hogan v | 1 | $400.00 |
| 5/4/18 | 2 EMAILS/REVIEW TITLE IV-E FOSTER FUNDS/BILLING | 2 | $800.00 |
| 5/4/18 | Conf Call team conf call on Title IV-E Foster Funds and CCDSS Billing | 1.1 | $440.00 |
| 5/8/18 | Review of Reply | 1 | $400.00 |
| 5/8/18 | EMAIL REF INSURANCE COVERAGE | 0.5 | $200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/08/18 | Crrespondence with SB and co-counsel regarding limits available to Cindy Palmer and Scott Lindsay under the 2014 and 2017 policies. | 1.70 | $680.00 |
| 5/9/18 | emails-CC board meeting | 0.2 | $80.00 |
| 5/11/18 | EMAIL/REVIEW STATS GOVERNING DSS BOARDS | 1 | $400.00 |
| 05/11/18 | With SB- Review correspondence relevant statutes regarding authority of the County over the Department of Social Services; review and | 1.50 | $600.00 |
| 5/12/18 | email school of govt | 0.2 | $80.00 |
| 5/12/18 | Review of duties of DSS board 10 page SOG publication | 1 | $400.00 |
| 5/14/18 | conference call-DW,MJ,RM,BC DSS Board policies of NCDHS 90 day | 1.7 | $680.00 |
| 5/14/18 | Conference call-DW,MJ,RM,BC relevant statutes regarding authority of | 1 | $400.00 |
| 5/15/18 | prep NCDHHS /policies -rules regs --training offered | 2 | $800.00 |
| 5/16/18 | DHHS/DWx4 | 2 | $800.00 |
| 5/18/18 | Palmer amended answer 41 pages | 1 | $400.00 |
| 5/20/18 | 3 EMAILS REF DISCOVERY | 0.5 | $200.00 |
| 5/24/18 | emails-witness interview | 0.2 | $80.00 |
| 6/6/18 | email- hogan case, susan BC | 0.8 | $320.00 |
| 6/6/18 | Beckett letter to cc review, review ccdss Depo prep | 2.5 | $1,000.00 |

| | | | |
|---|---|---|---|
| 6/8/18 | 2 EMAILS RE CLIENT LIST | 0.25 | $100.00 |
| 6/10/18 | emails safety agreements and POAs | 0.2 | $80.00 |
| 6/12/18 | continue with emails safety agreements and POAs | 0.2 | $80.00 |
| 6/12/18 | prep and meet DW for meeting in Raleigh tomorrow | 3 | $1,200.00 |
| 6/13/18 | meet with ncdhhs at office of Sen Davis in Raleigh,Att Julie Cronin NCDHSS Counsel, Michael Becketts, were present | 3 | $1,200.00 |
| 6/20/18 | 2 EMAILS REF SERVICES FOR CHILDREN | 1 | $400.00 |
| 6/22/18 | SBI interview of clients - Murphy HS with drive time | 9 | $3,600.00 |
| 7/12/18 | emails-research article, adverse childhood experiences, jury instruction | 0.75 | $300.00 |
| 7/16/18 | review jury instruction, prep for depos in Hogan case | 2 | $800.00 |
| 7/20/18 | email spoliation | 0.2 | $80.00 |
| 7/22/18 | email spoliation letter, records request | 0.5 | $200.00 |
| 7/27/18 | EMAIL REV 4TH CIRCUIT INSURANCE CASE LAW | 2 | $800.00 |
| 7/29/18 | NC 4 circuit court, H v town of Mockville , case law | 1 | $400.00 |
| 8/2/18 | PH CONF - team discussion about insurance case law and clients' similar | 1 | $400.00 |
| 9/3/18 | Team conf call - discuss client meetings, class cert legal research | 1.15 | $460.00 |

| | | | |
|---|---|---|---|
| 9/8/18 | PH CONF CRAPSE - team report and status conference, review files | 1.3 | $520.00 |
| 9/18/18 | PH CONF DYER/DAVENPORT -team discuss details of clients, CVAa | 1.5 | $600.00 |
| 9/26/18 | Conf Call regarding recent Fourth Circuit case and status of motions pend | 0.7 | $280.00 |
| 10/5/18 | Conf Call-Monell policy issues; review Monell | 1.9 | $760.00 |
| 10/6/18 | Conf Call - Monelle follow up | 0.6 | $240.00 |
| 10/15/18 | Conf Call - case law on constitutional rights and due process/1983, review | 1 | $400.00 |
| 10/25/18 | Conv Call- damages phone conf discussion | 0.75 | $300.00 |
| 11/9/18 | Conf Call re MTD by Defs, review motions | 0.9 | $360.00 |
| 2/29/18 | CONF CALL with team to discuss hearing yesteday in Mathieu v. Green | 2 | $800.00 |
| | | | |
| | | 329.78 | $131,912.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| Case Name | Hogan | | |
|-----------|-------|--|--|
| *Date* | *Task Description* | *Hours Worked* | *Fee (Hourly Rate x Hours Worked)* |
| 1/2/19 | re case docs | 3 | $1,200.00 |
| 1/3/19 | review of NC App Case re Sov Immunity Meinck v. Gastonia | 1 | $400.00 |
| 1/4/19 | case law research --Sov Immunity--Briefs to above case | 0.8 | $320.00 |
| 1/13/19 | PH CONF - team  gov immunity re above case | 0.25 | $100.00 |
| 1/22/19 | Article on DJJ, best practice when child is removed, exp Int , review articles | 4 | $1,600.00 |
| 1/28/19 | Reading about SEPARATING CHILD FROM PARENT/1983/damages proof | 3 | $1,200.00 |
| 2/1/19 | Info on DSS Resp, protective order review | 1 | $400.00 |
| 2/12/19 | phone conf Bailey. Emails 1983 jury instructions--1983 damages--attachment a | 3 | $1,200.00 |
| 2/19/19 |  Conf Call -  to shareHogan information from meetings and conferences | 0.75 | $300.00 |
| 2/22/19 | Conf Call Discuss our Expert Witness JesseRaley, client contact | 0.85 | $340.00 |
| 2/27/19 | PH CONF TEAM - expert witness raley, new client, hogan issues/objections. | 2 | $800.00 |
| 2/28/19 | 4 EMAILS/REVIEW MEMO OF REC of Magistrate | 3.5 | $1,400.00 |
| 02/28/19 | Review CVA's | 1.00 | $400.00 |
| 3/5/19 | Director duties, 7A and 7B , NC DHHS rules and polities | 2 | $800.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/05/19 | Review of hearing transcript from Mathieu v. Greenlee case; review of Court's | 4.30 | $1,720.00 |
| 3/5/19 | re class action.Richardson case--school of govt bulletin re DSS Director liabilit | 1.5 | |
| 3/6/19 | CHAPTER 7B NCGS reread | 1 | $400.00 |
| 3/6/19 | 2 EMAILS REF INSURANCE POLCIY Coverage Susan Boyles/DW | 0.25 | $100.00 |
| 3/7/19 | Review Fourth Circuit case -correspondence with co-counsel regarding strategy | 2.5 | $1,000.00 |
| 3/7/19 | 5 EMAILS review and respond;emails federal court bound by state court on chi | 2 | $800.00 |
| 3/7/19 | PH CALL WIJE re above collateral estoppel law | 0.5 | $200.00 |
| 3/8/19 | 8 EMAILS REVIEW CASE LAW Johnson v Byrd -Burgess v Burgess--Gree | 3 | $1,200.00 |
| 3/12/19 | Mac obj and response review | 1.5 | $600.00 |
| 3/12/19 | review lemail and draft from Brandon: finished draft of M&R objection, includi | 2.6 | $1,040.00 |
| 3/12/19 | 5 EMAILS/REVIEW DRAFT WRITTEN OBJECTIONS TO M&R 33 pages- | 3.75 | $1,500.00 |
| 3/13/19 | how to shorten; splitting into Obj and MOL like a motion, and other technical d | 0.25 | $100.00 |
| 3/13/19 | 15 emails objections to magistrates M&R Hogan v sCC | 3 | $1,200.00 |
| 3/14/19 | 4 EMAILS REVIEW FINAL DRAFT OF OBJECTION TO M&R | 2 | $800.00 |
| 3/15/19 | Email from DW with Monell primer with 25 plus attachments | 4 | $1,600.00 |
| 3/16/19 | PH CALL DW--Monell | 0.5 | $200.00 |

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 3/21/19 | MEETING TEAM -strategy and plan with team re strategy and case manageme | 5.5 | $2,200.00 |
| 3/22/19 | Hogan case timeline---deliberate indifference proof research | 2.5 | $1,000.00 |
| 3/22/19 | cont meeting team and strategy session | 6.5 | $2,600.00 |
| 3/23/19 | RFP review | 1.5 | $600.00 |
| 3/23/19 | emails- case law, additional DSS interrogatories, DSS records request, Addition | 3.2 | $1,280.00 |
| 3/23/19 | PH CALL WIJE--discovery plan going forward | 0.5 | $200.00 |
| 3/24/19 | PRR draft letter review | 0.75 | $300.00 |
| 3/24/19 | 2 EMAILS/ REVIEW STUDY CHILD SEPARATION Literature | 2 | $800.00 |
| 3/25/19 | review studies related to case | 0.5 | $200.00 |
| 3/26/19 | Review M judge notes, review pleadings.. Email from DW with 7 page PRR to | 0.5 | $200.00 |
| 3/27/19 | review order/overruling objections to maj Judges Rec by Judge Reidinger | 1.5 | $600.00 |
| 3/27/19 | 10 emails cc et al order on mem and reccommendation | 1 | $400.00 |
| 3/28/19 | emails on additional discoveries, ccdss complaint and answers | 1.6 | $640.00 |
| 3/28/19 | 4 EMAILS/RESEARCH /FEDERAL CLASS ACTION. Prep for phone confe | 1 | $400.00 |
| 3/28/19 | Conf Call RE  phone conf Federal Class Action; Order 18-CV-96 | 0.8 | $320.00 |
| 3/31/19 | EMAIL REF ATTY CLIENT PRIV AND DEPOS 6 attachments;. Depo prep | 2.5 | $1,000.00 |

| 4/1/19 | RM DW and MJ to Murphy to see clients | 6 | $2,400.00 |
|--------|----------------------------------------|---|-----------|
| 4/1/19 | 2 EMAILS REF ORDER | 0.25 | $100.00 |
| 4/2/19 | REV RETAINER AGREEMENT and updated client list | 0.5 | $200.00 |
| 4/2/19 | PC co counsel - client list | 0.5 | $200.00 |
| 4/3/19 | REVIEW ANSWER from CC and def | 2 | $800.00 |
| 4/7/19 | CVA current research, verdict nc app cases | 2.5 | $1,000.00 |
| 4/8/19 | Conference call DW BC Ronnie re PRR | 0.75 | $300.00 |
| 4/8/19 | client list update email | 0.15 | $60.00 |
| 4/10/19 | Meeting with David Wijewickrama to discuss current status of case and anticipa | 2.8 | $1,120.00 |
| 4/11/19 | review draft of amended complaint, draft response order | 1.5 | $600.00 |
| 4/13/19 | EMAIL REF CLIENT SUMMARIES | 0.25 | $100.00 |
| 4/13/19 | 8 EMAILS -DW and BC--issue of consent as defense Ball v Maynard-NCAPP | 0.5 | $200.00 |
| 4/14/19 | 4 EMAILS REVIEWS CASE LAW AMENDMENTS ,--Santosky v Kramer USSCT. alsoconsent as defense research | 2 | $800.00 |
| 4/15/19 | emails regarding language in amended complaint-draft from Brandon | 0.8 | $320.00 |
| 4/15/19 | of CC Commissioners since 1998-present. Director amd supervisor training in DSS world. | 2 | $800.00 |
| 4/15/19 | Email with 23 attachments from Wiggins Cty Mgr for CC responding to PRR | 3 | $1,200.00 |

| | | | |
|---|---|---|---|
| 4/16/19 | emails - subpoena, emails with susan respond to judge show cause order, review and revise amended complaint, class members | 5.4 | $2,160.00 |
| 4/17/19 | 4 EMAILS REF AMENDMENT to Complaint. Review of same.    Reading PRR reply remaining 23 attachments | 3.75 | $1,500.00 |
| 04/17/19 | continue r+F1eview 23 attachments from Wiggins County Mgr--PRR | 2.00 | $800.00 |
| 4/18/19 | review - law and amendments to pleadings | 1.5 | $600.00 |
| 4/18/19 | 13 emails-response to show cause text order, motion for extension of time, articles on child welfare cases, FFPSA, | 2.5 | $1,000.00 |
| 4/18/19 | 4 EMAILS SUSAN REF AMENDMENTS /PARTIES | 1 | $400.00 |
| 4/22/19 | REV MOTION TO AMEND AND MOL IN SUPPORT OF | 3 | $1,200.00 |
| 4/23/19 | 9 emails revisions and updated version to amended complaint and correspond with Susan | 3.5 | $1,400.00 |
| 4/25/19 | meet with MJ DW | 3 | $1,200.00 |
| 4/25/19 | 9 emails  on final draft amended complaint | 1.5 | $600.00 |
| 4/29/19 | continue to review draft amended complaint, emails | 2.5 | $1,000.00 |
| 5/2/19 | review complaint and cva's, email with Susan on Pool's position | 1.2 | $480.00 |
| 5/6/19 | 3 EMAILS REF INS COVERAGE; review policy | 0.75 | $300.00 |
| 5/7/19 | Conf Call insurance coverage conf call | 0.7 | $280.00 |
| 5/13/19 | review amended complaint - emails on amended complaint | 1.8 | $720.00 |
| 5/14/19 | EMAIL REF GRENLEE DEC JMT | 0.5 | $200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/20/19 | Review Defendants' objections to proposed amended complaint. | 0.2 | $80.00 |
| 6/5/19 | 3 EMAILS REF DHHS letter to CC CVAS--10 SOG powerpoint | 1 | $400.00 |
| 6/6/19 | review SB MOL | 1 | $400.00 |
| 6/6/19 | PH CALL WIJE and team - DSS Board   92 pages SOG and NCDHHSduties, , CVA's --Read School of Govt info | 2.5 | $1,000.00 |
| 6/9/19 | review draft of reply om Motion to Amend, emails from BC, SB,RMM | 2 | $800.00 |
| 6/21/19 | email--Signed copy of Protective Order to allow us to get SBI file | 0.25 | $100.00 |
| 6/25/19 | REC CLOSED DSS BD NOTES 4/18 AND 5/18 and read | 0.75 | $300.00 |
| 7/2/19 | EMAIL RE14 page PRR CC sent to NCDHHS reviewed | 1.25 | $500.00 |
| 7/3/19 | REVIEW OF 41 PAGES EMAILS REF SHREDDING AT DSS | 2 | $800.00 |
| 7/4/19 | Carolina Public Press DSS articles reviewed re shredding at CCDSS | 1 | $400.00 |
| 7/5/19 | CP Article @ CCDSS;Review of final summary judgement - questions of CC | 3 | $1,200.00 |
| 7/7/19 | Greenlee Review of Testimony of Palmer, Lindsay and Hughes depo prep | 5 | $2,000.00 |
| 7/9/19 | Conf call -client update - status conf--shredding | 0.7 | $280.00 |
| 7/10/19 | REV REVIEW EMAIL PP DHHS POLICY emails with attachments from DW | 2.75 | $1,100.00 |
| 7/15/19 | CC Public Record Response to request about attorney contracts back to 1/1/199 | 1.1 | $440.00 |
| 8/13/19 | wije phone callx4.  One Drive sent by his re PRR info from CC | 1.1 | $440.00 |

| 8/19/19 | ph call MJ -spoliation+C98 | 0.5 | $200.00 |
|---------|----------------------------|-----|---------|
| 8/21/19 | 3 EMAILS REF SPOLIATI0ON-review spoliation doc | 1.5 | $600.00 |
| 8/26/19 | DW sent SOG 50 page bulletin dated July 2019 on DSS custody issues | 1.5 | $600.00 |
| 8/28/19 | DW phone x 6 | 0.8 | $320.00 |
| 8/28/19 | Email from MJ re Vogl emails to Cindy Palmer re Dec. 2017 situation after Brian got Hannah back | 0.1 | $40.00 |
| 8/29/19 | REV SPOLIATION EMAIL emails ref shredding etc | 0.25 | $100.00 |
| 9/2/19 | rev martin emails ref shredding etc | 1 | $400.00 |
| 9/12/19 | DW phone x2 | 0.5 | $200.00 |
| 9/17/19 | rev prr emails dhhs | 1 | $400.00 |
| 10/1/19 | Order by Mag. Judge to Brief joining additional plaintiffs | 0.25 | $100.00 |
| 10/2/19 | email dhs ref prr x 4 | 0.5 | $200.00 |
| 10/3/19 | DW phone x3 | 0.4 | $160.00 |
| 10/7/19 | review draft from BC | 1.5 | $600.00 |
| 10/7/19 | emails and REV RULE 20 SUPP BRIEF | 2 | $800.00 |
| 10/8/19 | DW phone x 11   One drive received from DW NCDHSS response to PRR | 2.5 | $1,000.00 |
| 10/9/19 | Note Rule 20 sup, brief | 2 | $800.00 |

| 10/9/19 | review from BC - edit to cut length | 2 | $800.00 |
|---|---|---|---|
| 10/10/19 | REV DHHS PRR | 3 | $1,200.00 |
| 10/11/19 | emails hogan vs cc et all response in support of motion | 0.8 | $320.00 |
| 11/4/19 | Meeting with DW Waynesville; Conf Call DW, MJ, BC, RM | 3 | $1,200.00 |
| 11/6/19 | Conf Call -client update, dhhs prr, SB def meeting | 1.2 | $480.00 |
| 11/10/19 | Meeting with DW waynesville; Conf Call DW, MJ, BC, RM | 3 | $1,200.00 |
| 11/13/19 | Conf call - DHHS PRR ; status conference | 1 | $400.00 |
| 11/14/19 | 6 EMAILS  TEAM REF ORDER DENYING MTN AMEND | 1.9 | $760.00 |
| 11/14/19 | conf call team-status conference | 1.2 | $480.00 |
| 11/15/19 | 9 emails hogan vs cc et al set/reset deadline | 0.5 | $200.00 |
| 11/17/19 | Conf Call - PMTC re Motion denial | 0.45 | $180.00 |
| 11/19/2019 | CONF CALL - SB, BC, RM, DW, MJ | 2 | $800.00 |
| 11/19/19 | EMAIL REG CAMPBELL TEAGE CONFLICT, RECORDS, BOYLE | 0.5 | $200.00 |
| 11/19/19 | Conf Call - Retention records, status conference and issues SB, BC, RM,DW, MJ | 2 | $800.00 |
| 11/19/19 | EMAIL REG CAMPBELL TEAGE CONFLICT, RECORDS, BOYLE | 0.5 | $200.00 |
| 11/21/19 | Finished disclosure draft and sent same to cocounsel | 0.3 | $120.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/21/19 | EMAIL REF CASE MGMT PLAN/ PH CONF WIJE | 1.5 | $600.00 |
| 11/22/19 | Rule 26 conference and discovery plan review | 0.75 | $300.00 |
| 12/2/19 | EMAILS- waiver, hogan draft cpo, | 0.8 | $320.00 |
| 12/9/19 | emailed and spoke to RM ref spoilation/shredding | 1.1 | $440.00 |
| 12/10/19 | Discovery Order entered By Mag. Judge | 0.5 | $200.00 |
| 12/10/19 | 5:14PM 5:31 PM status conference | 0.3 | $120.00 |
| 12/18/19 | emails- extension request for rule 26 disclosure | 0.8 | $320.00 |
| 12/27/19 | Child Truama articles - review  for services | 2.5 | $1,000.00 |
| 12/31/19 | 8:58 AM 9:16 AM trauma research-relates to case | 0.3 | $120.00 |
| 2/2/19 | another doc  from MJ | 0.7 | $280.00 |
| 2/27/19 | Conference call- possible obj. to mem.; review and research | 3.6 | $1,440.00 |
|  |  |  |  |
|  |  |  |  |
|  |  | 228.85 | $91,540.00 |
|  |  |  |  |
|  |  |  |  |

| Case Name | HOGAN | | |
|---|---|---|---|
| *Date* | *Task Description* | *Hours Worked* | *Fee (Hourly Rate x Hours Worked)* |
| 1/2/20 | File Review - Affidavit. Andy Cromer designated Mediator for Hpgan.A | 3.5 | $1,400.00 |
| 1/3/20 | Conf with DW and MJ in Waynesville. Prep/Assignments | 4 | $1,600.00 |
| 1/7/20 | Telephone Conference with DW, MJ, BC, RM | 0.75 | $300.00 |
| 01/08/20 | Email w4 attachments from NCDHHS ocer 500 pages some specific to CC and some general | 4.25 | $1,700.00 |
| 1/9/20 | Finish 500 pages NCDHSS info | 3.5 | $1,400.00 |
| 01/09/20 | Email/Attachment--15 pages NCDHHS Audit/action plan 2016 re CCDSS | 1.50 | $600.00 |
| 2/1/20 | DSS trauma, research notes 450 pages emailx2 total 3 attach | 3.5 | $1,400.00 |
| 2/5/20 | Meeting Prep -Psych experts meeting prep in Columbia.Raley for HHan | 3 | $1,200.00 |
| 2/7/20 | Meeting -Psych experts in Columbia with DW Raley and Gaskins plus a | 7 | $2,800.00 |
| 2/12/20 | Review of Readings, discovery request production | 5.5 | $2,200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/13/20 | Pro order proposal review; Conf call DW, MJ, BC, RM, SB;Review of F | 1 | $400.00 |
| 2/14/20 | NCDHHS Review; Soc. Review; CPS Coding for Billing; Code Manuel | 1.5 | $600.00 |
| 2/16/20 | Lindsay Prep; Social Worker statements Review | 2.5 | $1,000.00 |
| 2/17/20 | DHHS Publication, TC MJ Psych records/visit | 2.1 | $840.00 |
| 2/18/20 | Meeting with KL in Asheville; PC DW | 1.25 | $500.00 |
| 2/19/20 | TC DW; Palmer and Lindsay Int and RFP prep | 2.5 | $1,000.00 |
| 2/19/20 | pc wDW  mj and ron ref RFP discovery | 2.5 | $1,000.00 |
| 2/24/20 | Review of Palmer Am Draft | 0.75 | $300.00 |
| 2/25/20 | 7B 300 at Seq Review; DHHS Review | 2.5 | $1,000.00 |
| 2/26/20 | PC DW | 0.5 | $200.00 |
| 2/26/20 | pc w dw/mj ref 7b | 0.5 | $200.00 |
| 2/27/20 | Palmer discovery edits | 1 | $400.00 |

RON MC___E

| | | | |
|---|---|---|---|
| 3/2/20 | Review RFP and Int | 1 | $400.00 |
| 3/3/20 | HH Discovery Review; download CCDSS discovery and files and start r | 2.75 | $1,100.00 |
| 3/4/20 15:59 | Conf call Hogan RPGs and RPOD's from DEF | 0.4 | $160.00 |
| 3/5/20 | Conf meet; Review RFP and docs | 1.75 | $700.00 |
| 3/6/20 | Sylva to see DA Welch with DW Re CCDSS; TC DW | 4.8 | $1,920.00 |
| 3/7/20 | TC with DW | 0.1 | $40.00 |
| 3/7/20 | pc wDW and mj ref ronnie Mitchell co-counsel meeting about Hogan case | 0.1 | $40.00 |
| 3/7/20 9:01 | Conf call Palmer depo | 0.2 | $80.00 |
| 3/9/20 | TC with DW | 0.1 | $40.00 |
| 03/10/20 | prep for sat | 2.00 | $800.00 |
| 3/11/20 | TC with DW; Prep for Sat meeting | 4 | $1,600.00 |
| 3/12/20 | pc w  proposed deposition issues | 0.5 | $200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/13/20 16:46 | Conf Call Review Focus Group | 0.7 | $280.00 |
| 3/14/20 | TC with DW; meeting in waynesville, DW, MJ, BC, KL | 6.7 | $2,680.00 |
| 3/16/20 | TC with A. Murphy SBI Objections; TC with DW; Review Discovery | 0.7 | $280.00 |
| 3/16/20 | PH CONF TEAM REF INS COVERAGE | 1 | $400.00 |
| 3/20/20 8:29 | Conf Call PRR | 0.2 | $80.00 |
| 3/31/20 | HH disc,download ccdss,review 30,000+ pages | 2.75 | $1,100.00 |
| 4/1/20 | Review of CCDSS Discovery . Int and RFP Defs to HH | 7 | $2,800.00 |
| 4/2/20 | Review of CCDSS Discovery | 5.5 | $2,200.00 |
| 4/2/20 | 4 EMAILS REF DEF INTERRog responses insufficiency SET UP TEA | 0.25 | $100.00 |
| 4/3/20 | met w DW to discuss dss discovery | 3.5 | $1,400.00 |
| 4/4/20 | Cont review of 30000+ pages from Def | 4 | $1,600.00 |
| 4/30/20 | SBI Email; PACER to view ; Review of Sj | 4 | $1,600.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/4/20 16:21 | Conf call insurance policy and law | 0.5 | $200.00 |
| 6/24/20 17:12 | Conf call DSS discovery | 0.9 | $360.00 |
| 7/7/20 | Flow charts in color for clients. | 1 | $400.00 |
| 7/9/20 14:57 | Conf call - depos | 0.4 | $160.00 |
| 7/11/20 | Reading discovery 30000+ pages. Tamala Shook depo prep | 4 | $1,600.00 |
| 7/12/20 | Read discovery. Shook depo prep. Review of depo outline. | 4 | $1,600.00 |
| 7/13/20 | Well visit reports made by Tamala Shook sent by Atty whitehead NCDOJ--8 pages | 0.75 | $300.00 |
| 7/14/20 | Certified CC District Court DSS file 15 JA 76--111 pages  read | 2.5 | $1,000.00 |
| 7/21/20 | reading discovery for depos | 4 | $1,600.00 |
| 7/22/20 | Review SBI Report for Depos | 2.5 | $1,000.00 |
| 7/22/20 16:00 | Conf call  depo Lindsay and Hughes | 0.9 | $360.00 |
| 7/24/20 | Exhibit review; SBI Review | 2.5 | $1,000.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/25/20 | Exhibits for Deps | 3.5 | $1,400.00 |
| 7/28/20 | Myers Depo; Lindsay Depo- Clay County with travel | 12 | $4,800.00 |
| 7/29/20 | Palmer Depo - clay county | 8 | $3,200.00 |
| 7/31/20 | PH CONF TEAM REF INS COVERAGE | 1 | $400.00 |
| 8/2/20 | SBI File - Reading SW | 3.5 | $1,400.00 |
| 8/2/20 | DW and mj-damages, Motion to dismiss | 3.5 | $1,400.00 |
| 8/3/20 | T. Shook; Social Worker Affidavits; Palmer, Lindsay, Hughes and Hogan | 2 | $800.00 |
| 8/3/20 | CONF CALL TEAM REF DAMAGES | 1 | $400.00 |
| 08/03/20 | Telephone conference with client group regarding status of discovery and planning for pre-mediation meeting; review and analysis of Defendants Cindy Palmer, Scott Lindsay and Crawford's Motion to | 1.60 | $640.00 |
| 8/3/20 | Telephone Conf SB, RM, DW, BC, MJ KB to discuss damages | 1 | $400.00 |
| 8/4/20 | Mediation in Charlotte | 7.5 | $3,000.00 |
| 8/5/20 | NCDHHS - Rules and Reg - look for 2016-2017 | 1.5 | $600.00 |

| | | | |
|---|---|---|---|
| 8/10/20 17:27 | Conf Call- discovery and mediation | 0.3 | $120.00 |
| 8/12/20 | Discovery Review | 0.75 | $300.00 |
| 8/13/20 17:28 | Conf call re subpoenas, discovery court materials | 0.7 | $280.00 |
| 8/19/20 | TC with DW | 0.75 | $300.00 |
| 8/19/20 | pc DW - CMEYers depo and exhibits | 0.75 | $300.00 |
| 8/20/20 | TC with DW Re Def Meeting; MJ meeting;Article Review for meeting | 2.5 | $1,000.00 |
| 8/28/20 | meeting with Ron - rule 408 boyles interrelated acts memo | 2.5 | $1,000.00 |
| 9/1/20 | email DW; TC DW mediation prep;Juv records - walker order | 3 | $1,200.00 |
| 9/2/20 | TC Dw; Review of Juv Records | 2.5 | $1,000.00 |
| 9/2/20 | tc w Davis ref school records | 0.5 | $200.00 |
| 9/3/20 | Juv records; review order; review files | 1.7 | $680.00 |
| 9/4/20 | CPP Article Review; Review; Wiggins Depo review | 3 | $1,200.00 |

| | | | |
|---|---|---|---|
| 9/6/20 | Kephart depo; Multiple records;wiggins review | 2 | $800.00 |
| 9/7/20 | Multiple records;wiggins prep; reading files | 2.75 | $1,100.00 |
| 9/8/20 | TC DW; Mediation - Prep | 1.7 | $680.00 |
| 9/9/20 | TC Co- Counsel; Prep mediation with mediator | 3.1 | $1,240.00 |
| 9/10/20 | meet in Waynesville;DW, MJ, KB, Mediator Andy Cromer | 5.9 | $2,360.00 |
| 9/11/20 | review cc budget info for Wiggins Depo | 0.75 | $300.00 |
| 9/12/20 | Wiggins Depo Prep, County records; SBI repor;NCDHHS | 4 | $1,600.00 |
| 9/13/20 | Depo Palmer;Depo Wiggins;County files; | 6 | $2,400.00 |
| 9/17/20 | Judge Monroe,Motion-DW, Joy, SP, Kubas;  meeting review after | 1.5 | $600.00 |
| 9/21/20 | NCDHHS records; Billing; prep for Kephart Depo | 3 | $1,200.00 |
| 9/23/20 | depo prep w/ mj/dw | 3.5 | $1,400.00 |
| 9/24/20 | Depositions - Brian Hogan, Randy Wiggins, Kephart | 8 | $3,200.00 |

| | | | |
|---|---|---|---|
| 9/25/20 | Mediation | 2 | $800.00 |
| 12/3/20 | meet waynesville DW | 1.5 | $600.00 |
| 12/3/20 | met w David- Trial prep-review charts/SBI report - | 1.5 | $600.00 |
| 12/17/20 | Conf call DW- expert witness Jesse Raley | 1.5 | $600.00 |
| 12/18/20 | Conf call DW MJ pretrial prep | 1 | $400.00 |
| | | | |
| | | 246.80 | $98,720.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Case Name | | | |
|---|---|---|---|
| Date | Task Description | Hours Worked | Fee (Hourly Rate x Hours Worked) |
| 1/9/21 | NCGS 7B review;const law cases -de process  Monell | 1.5 | $600.00 |
| 1/11/21 | Trial prep; witness review; exhibit review; Depo review Palmer and Lindsay | 4 | $1,600.00 |
| 1/12/21 | Trial prep , greenlee transcript;Judge Leslie affidavit;Darryl Brown affidavit; and SBI inter | 4.5 | $1,800.00 |
| 1/13/21 | Trial prep, | 3.5 | $1,400.00 |
| 1/14/21 | Trial prep; DSS discovery review; conference DW, BC, MJ, R; 2 TC DW | 6.25 | $2,500.00 |
| 1/14/21 | Conf Call - Team  Prep for Jesse Raley {HH expert} phone conf, hogan phone calls, focus group | 1 | $400.00 |
| 1/15/21 | Review SBI file of approx. 1400 pages | 6.25 | $2,500.00 |
| 1/17/21 | TC DW | 0.2 | $80.00 |
| 1/18/21 | TC DW | 0.7 | $280.00 |
| 1/19/21 | TC DW; Conf with MJ, DW | 2 | $800.00 |
| 1/20/21 | Discovery documents for Lindsay | 1 | $400.00 |
| 1/20/21 | Conf call status conference, trial prep | 1.9 | $760.00 |

| | | | |
|---|---|---|---|
| 1/25/21 | TC Melissa | 0.4 | $160.00 |
| 1/26/21 | TC - DW x2; all co-counsel;MJ | 1 | $400.00 |
| 1/26/21 | ph conf/ trial prep/exhibits Id'ed | 4 | $1,600.00 |
| 1/26/21 | Conf call-trial prep, exhibits | 0.5 | $200.00 |
| 1/27/21 | Trial Prep Lindsay docs; TC x2 DW; Prep for Trial all | 5.25 | $2,100.00 |
| 2/1/21 | pretrial doc review-spoilation cases, file review -SBI, DHHS Hogan safety plan, SBI and I | 4.25 | $1,700.00 |
| 2/1/21 | conf call -status confernce | 1 | $400.00 |
| 2/1/21 | Conf Call status conference, witness list, exhibits, jury inst | 0.5 | $200.00 |
| 2/2/21 | cont lindsay discovery drafts--what is missing,SBI report review, Pl. witness review | 4 | $1,600.00 |
| 2/2/21 | Conf Call - spoliation, jury instructions review | 0.5 | $200.00 |
| 2/3/21 | Discovery review, KB PC school review | 1.75 | $700.00 |
| 2/5/21 | sanction motion review for Brandon | 0.5 | $200.00 |
| 2/7/21 | CCDSS billing files with KB | 1 | $400.00 |
| 2/8/21 | Conf call+ re supp discovery | 0.3 | $120.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/9/21 | Review new discovery (602 pages) found in basement of ccdss- PC DW and MJ | 2.5 | $1,000.00 |
| 2/10/21 | Conf Call: missing material | 1 | $400.00 |
| 2/12/21 | Waynesville - KB met Trial Prep. , TC DW x2 (15nin, 8 min), review CT and SJ motion, | 7.15 | $2,860.00 |
| 2/12/21 | 13 emails designations; emails BC and MJ motions in Limine | 1.2 | $480.00 |
| 2/12/21 | Conf call missing materials, mtc, spoliaiton cases | 0.75 | $300.00 |
| 2/13/21 | review SJ, TC BC, DW | 1.1 | $440.00 |
| 2/17/21 | Prep for KB(CVA, JW), Fed training for technology, conf call - DW, MJ, KB, BC, Ronni | 3.25 | $1,300.00 |
| 2/17/21 | Conf call- focus group | 0.75 | $300.00 |
| 02/25/21 | DW office- prep for focus group - Focus group - discussion after - | 6.00 | $2,400.00 |
| 2/26/21 | review of Palmer response to discovery---exhibit prep and status conf SBI witness stateme | 7 | $2,800.00 |
| 3/1/21 | TC Keith, Trial Prep, Social Worker, NCDHH rules and regs | 3.6 | $1,440.00 |
| 3/2/21 | review Brian, SBI, DJJ, DEPO, Prep for meeting 3/3 in Murphy | 4.5 | $1,800.00 |
| 3/4/21 | Focus group - start looking at witness list and exhibits | 7 | $2,800.00 |
| 3/9/21 | Witness list - exhibits for SW -review school records- | 3 | $1,200.00 |

| | | | |
|---|---|---|---|
| 3/18/21 | focus group ; team meet after - post focus group | 6 | $2,400.00 |
| 03/23/21 | Review DSS records -re brian- in school records - | 3 | $1,200.00 |
| 4/1/21 | Prep for Att Conf | 2.5 | $1,000.00 |
| 4/1/21 | 2 ph conf K Boone and DW ref exhibits | 3.5 | $1,400.00 |
| 4/2/21 | Attorney conf - DW, MJ, KB | 6 | $2,400.00 |
| 4/5/21 | trial prep, work on exhibit list, prep for client meeitng | 4 | $1,600.00 |
| 4/6/21 | meeting with Brian, Kelly, Keith, Depo prep | 8 | $3,200.00 |
| 4/7/21 | Depo in Hayesville Counselor/Teacher, Warren Hogan | 8 | $3,200.00 |
| 4/8/21 | Depo in Hayesville Brian and Hannah; pcDW, PC kbx2; pc kb and BC after midnght | 10.25 | $4,100.00 |
| 4/9/21 | Brandon sent state law jury instructions and damages instructions; . TC with re same | 3.25 | $1,300.00 |
| 4/12/21 | Trial prep witness--cross for Defs witnesses | 2 | $800.00 |
| 4/13/21 | exhibit prep in Waynesville--which exhibit, foundation/which witness culling | 4 | $1,600.00 |
| 4/14/21 | witness prep, trial prep Lindsay/Palmer depos and prior testimony in Greenlee Depo adve | 6 | $2,400.00 |
| 4/15/21 | exhibit review Rules of evidence review. Foundation. Stipulation? | 3 | $1,200.00 |
| 4/15/21 | group mtg | 1 | $400.00 |

| | | | |
|---|---|---|---|
| 4/17/21 | conf call legal issues- brandon and ronnie  Evidence issues--neg inference  foundation admission  electronic federal system | 2.1 | $840.00 |
| 4/17/21 | Conf Call  Hogan trial prep, exhibits, trial strategies, witness decisions | 2.4 | $960.00 |
| 4/20/21 | ph conf ref exhibtits Evidentiary objections.  Pl/Def stipulations | 2 | $800.00 |
| 4/22/21 | ph call K Boone and MJ | 0.5 | $200.00 |
| 4/22/21 | Exhibit tables and emails with David.  Folowup discussion. | 1.25 | $500.00 |
| 4/23/21 | Trip to Murphy Cherokee County--clients , joy, keith, MJ, KB, Brian, HH, | 7.7 | $3,080.00 |
| 4/24/21 | prep for Waynesville meeting, joy, DW, MJ, Keith, KB, BC, ronnie | 3.5 | $1,400.00 |
| 4/25/21 | Meeting in Waynesville DW MJ, BC by phone, KB, Keith, joy, ronnie by phone written order, exhibits, verdict sheet, stipulation | 8.25 | $3,300.00 |
| 4/26/21 | review materials for trial, received  in waynesville also which claims to VD, exhibits | 8 | $3,200.00 |
| 4/26/21 | met w DW ref lindsay/palmer/greelee transcript | 4.5 | $1,800.00 |
| 4/27/21 | sum judgment order review, review pretrial for 4/30 , trial prep | 8 | $3,200.00 |
| 4/28/21 | trial prep witness list, review witness, depo reviews for palmer, lindsay, exhibitl,review inf | 6 | $2,400.00 |
| 4/28/21 | ph conf whole team re verdict sheet | 0.5 | $200.00 |
| 4/28/21 | mtg w/MJ  trial prep Waynesville --Saturday | 8 | $3,200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/28/21 | Conf Call -trial brief and exhibit liconf call | 0.5 | $200.00 |
| 4/29/21 | final pretrial prep, TC Ann Patton Horn, Greenlee Trans, Page line designation | 6.1 | $2,440.00 |
| 4/30/21 | pretrial conference (1.5) - post review - plaintiff counsel working, lunch trial prep, palmer, lindsay, | 8.5 | $3,400.00 |
| 5/1/21 | Trial prep, jury Voire dire, opening sttement, review of SW affidavit and JV Affidavit, Review Jury inst | 5.5 | $2,200.00 |
| 5/2/21 | Review stipulation of facts, for trial questions, streamline evidence b4 jury, witness outline, exhibit review, sbi interview, affidavit in sbi files.  Review of opening/closing notes | 5 | $2,000.00 |
| 5/3/21 | Trial and exhibit notebooks, fine tune exhibit numbers, double check witness outlines, reviiew law on monell, evidence on policy and practice, test. Of SW | 6.5 | $2,600.00 |
| 5/3/21 | ph conf -trial strategy; review strategy | 2 | $800.00 |
| 5/4/21 | Review Brian Hogan Depos, SBI interview, Depos of Palmer and Lindsay, greenlee testimony, david hughes info | 4 | $1,600.00 |
| 5/4/21 | ph conf ref def exhibits ans stips Prep for direct testimony of David Hughes | 3.5 | $1,400.00 |
| 5/5/21 | Prep for meeting in Murphy, review HH depo and meet with June Ray, PC with DOJ atty | 8.25 | $3,300.00 |
| 5/5/21 | ph conf ref new def exhibits late | 2 | $800.00 |
| 5/5/21 | Conf Call trial prep - def late exhibits,questions and discussions | 1.5 | $600.00 |
| 5/6/21 | PC with DOJ atty for Judges, K Sh about Judge Leslie;review rules with DW and MJ | 2.25 | $900.00 |
| 5/6/21 | ph conf team/wije/ronnie/h christie/ron/k boone /hogan plus trial prep | 3.5 | $1,400.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/6/21 | Conf call re exhibit questions | 0.2 | $80.00 |
| 5/7/21 | Murphy -met Brian and Hannah for final trial prep, Keith, Kelly, Melissa, PC Atty Shield | 9.5 | $3,800.00 |
| 5/8/21 | exam for witness, prep for def witness warren depo, laurel smith, school staff, opening and closing notes, | 5 | $2,000.00 |
| 5/9/21 | Final prep review witness statements, jury instruction, exhibits, Brian and HH testimony, closing outline, | 5 | $2,000.00 |
| 5/10/21 | Trial day, prep for tomorrow in evening | 12 | $4,800.00 |
| 5/11/21 | Trial day, prep in pm, wiggins, Brian, Hughs, Leslie | 12.5 | $5,000.00 |
| 5/12/21 | Trial day, depos, testimony, prep def witness, closing | 13.5 | $5,400.00 |
| 5/13/21 | closing prep - trial day | 10.25 | $4,100.00 |
| | | | |
| | | 366.80 | $146,720.00 |
| | | | |
| | | | |
| | | | |
| | | | |