UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-00096-MR-WCM

| | |
|---|---|
| BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both on her own behalf and as representative of all unnamed class members who are similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br>CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY, both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1; and DSS SOCIAL WORKER DOE #1,<br>　　　　　　　　Defendants. | **CONSENT MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT CINDY PALMER, IN HER INDIVIDUAL CAPACITY** |

Defendant Cindy Palmer, in her individual capacity, moves for entry of an order allowing the substitution of counsel as follows:

1. Allowing John L. Kubis, Jr. to withdraw as counsel of record for Cindy Palmer, in her individual capacity.

2. Substituting Mary E. Euler as counsel of record for Cindy Palmer, in her individual capacity.

3. This substitution will not delay any post trial enforcement or further litigation in this matter.

1

4. Cindy Palmer and counsel for Plaintiff consent to the requested substitution of Counsel.

This the 16th day of July, 2021.

/s/ John L. Kubis, Jr.
John L. Kubis, Jr.
State Bar No. 36881
TEAGUE, CAMPBELL, DENNIS
 & GORHAM, L.L.P.
Post Office Box 19207
Raleigh, NC 27619-9207
117 Cherry Street, N.
Asheville, North Carolina 28801
Telephone: (828) 254-4515
Facsimile: (828) 254-1516
jkubis@teaguecampbell.com

**Withdrawing as counsel for Cindy Palmer,**
 *in her individual capacity*

s/s Mary E. Euler
Mary E. Euler
State Bar No. 25799
McGUIRE, WOOD & BISSETTE, P.A.
Post Office Box 3180
Asheville, NC 28802
48 Patton Avenue
Asheville, NC 28801
Telephone No. (828) 254-8800
Facsimile No. (828) 252-2438
meuler@mwblawyers.com

**Substituting as counsel for Cindy Palmer,**
 *in her individual capacity*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Motion to Substitute Counsel will be served upon all parties who have an account with CM/ECF by notice of electronic filing through the CM/ECF system/electronic mail as follows:

| | |
|---|---|
| David A. Wijewickrama | davidwije17@yahoo.com |
| D. Brandon Christian | brandon.christian@ncleag.com |
| Patrick Houghton Flanagan | phf@cshlaw.com |
| Sean F. Perrin | sean.perrin@wbd-us.com |
| Patrick Houghton Flanagan | phf@cshlaw.com |

This the 16th day of July, 2021.

s/s Mary E. Euler
Mary E. Euler
State Bar No. 25799
meuler@mwblawyers.com

4843-3117-4642, v. 1