UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-96

| | |
|---|---|
| BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both her own behalf and as representative of all unnamed class members who are similarly situated,<br>                Plaintiffs,<br>    vs.<br>CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, et al.,<br>                Defendants. | **DEFENDANTS' MOTION FOR NEW TRIAL NISI REMITTITUR** |

Defendants Cherokee County, Scott Lindsay, and Cindy Palmer move, pursuant to Rule 59(a) of the Federal Rules of Civil Procedure, for a new trial nisi remittitur pursuant to Rule 59 (a) of the Federal Rules of Civil Procedure because the damages awarded to both Brian and H.H. were excessive as a matter of law.

This Motion is based upon the accompanying Brief and Declaration of Sean F. Perrin.

Respectfully submitted, this the 19h day of July, 2021.

s/Sean F. Perrin
*Attorney for Defendants Cherokee County, Cherokee County Department of Social Services, Scott Lindsay in his official capacity and Cindy Palmer in her official capacity*

s/Mary Euler
*Attorney for Defendant Cindy Palmer in her individual capacity*

s/ Pat Flanagan
*Attorney for Defendant Scott Lindsay in his official capacity*

2