UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:18-cv-00096-MR-WCM

|  |  |  |
|---|---|---|
| BRIAN HOGAN, as parent and next friend of H.H., et. al, | ) ) ) ) | |
| Plaintiffs, | ) ) | **PETITION FOR CREATION OF TRUSTS** |
| v. | ) ) | |
| CHEROKEE COUNTY, et al, | ) ) | |
| Defendants. | ) ) | |

Pursuant to N.C. Gen. Stat. § 36C-4-401(4), N.C. Gen. Stat. § 36C-4-401.2, and the Court's inherent authority, Plaintiff H.H., a minor child, by and through Joy McIver as appointed Guardian ad Litem ("the Plaintiff-Petitioner"), respectfully petitions the Court to create a trust for the benefit of the Plaintiff-Petitioner to receive any and all settlement proceeds payable to the Plaintiff-Petitioner by reason of the judgment entered by this Court on or about June 21, 2021. Pursuant to the terms of the Judgment the Court retained jurisdiction of this matter for the purpose of "determining the manner in which payment of damages for the exclusive benefit of the minor child" and directed the Guardian Ad Litem "remain and continue in that capacity until such time as the award is fully satisfied...." The proposed trust is submitted on behalf of the Plaintiff-Petitioner and attached as an Exhibit to this

Petition.

A Memorandum of Law is being filed contemporaneously with the filing of this Motion in accordance with Local Rule 7.1(c). Pursuant to Local Rule 7.1(b), the undersigned counsel has conferred in good faith with counsel for the Defendants and counsel for Defendants have indicated they have no opposition to the entry of an order consistent with the relief requested in this Petition.

WHEREFORE, Plaintiff-Petitioner requests the Court create the trust attached hereto on behalf of the Plaintiff-Petitioner for the purpose of receiving and holding the proceeds payable to the Plaintiff-Petitioner and direct any such settlement proceeds be paid directly to Brian T. Lawler, in his capacity as trustee of said trust, to be administered in accordance with its terms.

Respectfully submitted, this ___ day of February 2023.


/s/David A. Wijewickrama
David A. Wijewickrama
N.C. State Bar No.: 30694
95 Depot Street
Waynesville, NC 28786
828-452-5801
Fax: 828-454-1990
davidwije17@yahoo.com

/s/ Melissa Jackson
Melissa Jackson
N.C. State Bar No.: 34013

/s/ Ronald L. Moore
Ronald L. Moore
N.C. Bar. No. 9619

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing Petition for Creation of Trust with the Clerk of Court using the CM/ECF system, which will serve by electronic means, counsel for all parties.

This ___ day of February 2023.

/s/David A. Wijewickrama
David A. Wijewickrama
N.C. State Bar No.: 30694