UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:18-cv-96

| | |
|---|---|
| BRIAN HOGAN, both on his own behalf and as representative of all unnamed class members who are similarly situated; BRIAN HOGAN, as parent and next friend of H.H., both her own behalf and as representative of all unnamed class members who are similarly situated,<br>　　　　　　Plaintiffs,<br>　　vs.<br>CHEROKEE COUNTY; CHEROKEE COUNTY DEPARTMENT OF SOCIAL SERVICES; SCOTT LINDSAY both in his individual capacity and official capacity as attorney for Cherokee County Department of Social Services; CINDY PALMER, in both her individual capacity and her official capacity as Director of Cherokee County Department of Social Services; DSS SUPERVISOR DOE #1, et al.,<br>　　　　　　Defendants. | **SATISFACTION OF JUDGMENTS** |

　　Judgments were rendered in favor of the above-named Plaintiffs Brian Hogan and H.H. and against the above-named Defendants Cherokee County, Scott Lindsay, and Cindy Palmer in the above titled action on June 21, 2021 in the sum of 4.6 million dollars [Document 147], on February 22, 2022, for attorney fees in the amount of $ 1,789,290, expenses in the amount of $ 5, 015.56, guardian ad

litem fees in the amount of $48, 685.00 and expenses in the amount of $ 39.00. [Document 166], and on March 6, 2023, for $2100 in guardian ad litem fees [Document 170]. Plaintiffs Brian Hogan and H.H. acknowledge payment of said judgments, costs, and interest in full and hereby completely satisfy the same.

This the 13th day of March, 2023.

s/ David Wijewickrama

Attorney for Plaintiffs